# Exhibit E



# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 11/01/2018

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
Aon Risk Services Northeast, Inc.
1600 Summer Street
Stamford, CT 06905 USA

**PHONE (A/C, No, Ext):** 866-283-7122
**FAX (A/C, No):** 800-363-0105
**E-MAIL ADDRESS:**
**CODE:**  **SUB CODE:**
**AGENCY CUSTOMER ID #:** 570000056202

**COMPANY**
Allianz Global Risks US Ins. Co. et. al.

**INSURED**
PES Holdings, LLC
1735 Market Street, 11th Floor
Philadephia, PA 19103

**LOAN NUMBER**
**POLICY NUMBER:** See attached
**EFFECTIVE DATE:** 11/01/2018
**EXPIRATION DATE:** 11/01/2019
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
Point Breeze refinery, 3144 West Passyunk Avenue, Philadelphia, PA 19145
Girard Point refinery, 3144 West Passyunk Avenue, Philadelphia, PA 19145

Including: 3143 West Passyunk Avenue, Philadelphia, PA 19145

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Commercial Property Coverage Loss Limit | $1,000,000,000 | $10,000,000 |
| Flood | $484,500,000 | |
| Windstorm | $484,500,000 | |
| High Hazard Flood | $454,500,000 | |
| Terrorism | $500,000,000 | |

## REMARKS (Including Special Conditions)

Certificate holder as administrative agent, along with its successors and assigns (hereinafter referred to as the Lender), is named, as applicable, additional insured, mortgagee, and loss payee as its interests may appear and where required by written contract. If the policy is canceled it shall continue in force for the benefit of the Lender for 90 days after a written notice of such cancellation is received by the Lender and is subject to the terms and conditions in the attached Lenders Loss Payable Clause. Separate NFIP policies are maintained for the buildings mentioned herein in compliance with Lender mandated additional flood requirements.

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**
Cortland Capital Markets Services LCC as administrative agent
and its successors and assigns; ATTN: Maggie Welch and Legal Dept.
225 W. Washington Street, 9th Floor
Chicago, IL 60606

[X] MORTGAGEE  [X] ADDITIONAL INSURED
[X] LOSS PAYEE
LOAN #

**AUTHORIZED REPRESENTATIVE**
*Aon Risk Services*

ACORD 27 (2009/12)    © 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



AGENCY CUSTOMER ID: 570000056202

# ADDITIONAL REMARKS SCHEDULE

| AGENCY | Aon Risk Services Northeast, Inc. | | NAMED INSURED Philadelphia Energy Solutions |
|---|---|---|---|
| POLICY NUMBER | Per Schedule | | |
| CARRIER | Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM

FORM NUMBER: ACORD 27    FORM TITLE: Certificate of Property Insurance

33. LENDERS LOSS PAYABLE CLAUSE
a) Loss or damage, if any, under this Policy, shall be paid to any lender designated by the Insured and in possession of a written contract, hereinafter referred to as "the Lender", as their interests may appear, its successors and assigns in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.
b) The insurance under this Policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or chance respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this Policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect or non- compliance with any of the provisions of this Policy, including any and all riders now or hereafter attached thereto, by the Named Insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this clause, or whether before or after a loss, which under the provisions of this Policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the Named Insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.
c) In the event of failure of the Insured to pay any premium or additional premium which shall be or become due under the terms of this Policy or on account of any change in occupancy or increase in hazard not permitted by this Policy, this Insurer agrees to give written notice to the Lender of such non-payment of premium after thirty (30) days from and within one hundred twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Insurer of the failure of the Insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Insurer's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Clause shall not be terminated before ten (10) days after receipt of said written notice by the Lender.
d) Whenever this Insurer shall pay to the Lender any sum for loss or damage under this Policy and shall claim that as to the Insured no liability therefor exists, this Insurer, at its option, may pay the Lender the whole principle sum and interest and other indebtedness due or to become due from the Insured, whether secured or unsecured, (with refund of all interest not accrued), and this Insurer, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.
e) If there be any other insurance upon the within described property, this Insurer shall be liable under this Policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the Insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Insurer (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.
f) This Insurer reserves the right to cancel this Policy at any time, as provided by its terms, but in such case this Policy shall continue in force for the benefit of the Lender for ninety (90) days after a written notice of such cancellation is received by the Lender and shall then cease.
g) This Policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable Policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Clause shall have been issued by some insurance Insurer and accepted by the Lender.
h) Should legal title to and beneficial ownership of any of the property covered under this Policy become vested in the Lender or its agents, insurance under this Policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Clause which are not also granted the Insured under the terms and conditions of this Policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.
i) All notices herein provided to be given by the Insurer to the Lender in connection with this Policy and this Lender's Loss Payable Clause shall be mailed to or delivered to the Lender at its office or branch described on the first page of the Policy.

ACORD 101 (2008/01)    © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# ADDITIONAL REMARKS SCHEDULE

AGENCY CUSTOMER ID: 570000056202

| AGENCY | Aon Risk Services Northeast, Inc. | NAMED INSURED | Philadelphia Energy Solutions |
|---|---|---|---|
| POLICY NUMBER | Per Schedule | | |
| CARRIER | Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM
FORM NUMBER: ACORD 27    FORM TITLE: Certificate of Property Insurance

ACE American Insurance Company (Starr Tech) EPRN14327186
Allianz Global Risks US Insurance Company USN00016718
Ariel Re Bda Ltd on behalf of Ariel Syndicate P134707
AXA Corporate Solutions Assurance ENNMG1800253
Chubb Bermuda Insurance Ltd. PESO01360P06
General Security Indemnity Co. of AZ (GSINDA) 10F152096-2018-1
Great Lakes Insurance SE (Munich Re) ENNMG1800282
HDI-Gerling America Insurance Company (Samsung) OGD1432102
HDI-Gerling America Insurance Company OGD1368503
HDI-Gerling America Insurance Company OGXD1307804
Helvetia Swiss Insurance Company in Liechtenstein Ltd. ENNMG1800253
International Insurance Co. of Hannover SE ENNMG18000260
International Insurance Co. of Hannover SE ENNMG1800261
International Insurance Co. of Hannover SE ENNMG1800253
Ironshore Insurance, Ltd. (Bermuda) 443173918
Lancashire Insurance Company (UK) Limited ENNMG1800262
Liberty Mutual Insurance Company 1000233255-03
Lloyd's Syndicate 1036 COF (O'Farrell aka 2999 QBE) ENNMG1800283
Lloyd's Syndicate 1084 CSL (Chaucer) ENNMG1800279
Lloyd's Syndicate 1183 (TAL Talbot) AJK148822G18
Lloyd's Syndicate 1200 AMA (Argo) ENNMG1800279
Lloyd's Syndicate 1884 / 1458(Freberg) EN100070-18
Lloyd's Syndicate 1955 BAR (Barbican) ENNMG1800281
Lloyd's Syndicate 2003 (XL Catlin) ENNMG18000280
Lloyd's Syndicate 3902 NOA (Ark) ENNMG1800285
Lloyd's Syndicate 9094 PNR (Pioneer) ENNMG1800181
Lloyd's Syndicate 9551 AUM (ACT) ENNMG1800279
Lloyd's Syndicate 9551 AUM (ACT) ENNMG18000280
Lloyd's Syndicates 1221 (Navigators) 18NSRO1797-01
Mapfre Global Risks ENNMG1800181
Oil Casualty Insurance, Ltd. P-100354-118
PartnerRe Ireland Insurance ENNMG1800181
Westport Insurance Corporation (Swiss Re) OMP 2000020-04
XL Insurance America, Inc. US00064117PR18A
Zurich American Insurance Company OGR3227382-00

Terrorism: Lloyd's of London; various with Syndicate XLC 2003 CMCTR1802119
###



# ADDITIONAL REMARKS SCHEDULE

AGENCY CUSTOMER ID: 570000056202

| AGENCY | Aon Risk Services Northeast, Inc. | NAMED INSURED | Philadelphia Energy Solutions |
|---|---|---|---|
| POLICY NUMBER | Per Schedule | | |
| CARRIER | Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM
FORM NUMBER: ACORD 27            FORM TITLE: Certificate of Property Insurance

The Insured noted on this certificate also includes any and all subsidiaries, affiliates, parents, and related companies, including but not limited to:

PES Holdings, LLC
Philadelphia Energy Solutions Refining and Marketing, LLC
PES Administrative Services, LLC
North Yard GP, LLC
North Yard Logistics, L.P.


The insured language provided under the policy is as follows:

It is agreed that the unqualified word "Insured" wherever used includes any person or organization to whom or to which the Insured is obligated by virtue of a written contract to name such person or organization as an Additional Insured, but only with respect to operations performed by or obligations required of the Insured to or for the Additional Insured under the terms and conditions of said contract.

The limits and/or coverage available to the Additional Insured shall be those agreed to by virtue of a written contract between the Insured and such Additional Insured but in no event to exceed the limits in aggregate and coverages provided by this Policy. Furthermore, but only to the extent required by contract, this Policy will respond primary to and without contribution from any valid and collective insurance of such Additional Insured.

ACORD 101 (2008/01)                © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# ADDITIONAL REMARKS SCHEDULE

AGENCY CUSTOMER ID: 570000056202

| AGENCY | NAMED INSURED |
|---|---|
| Aon Risk Services Northeast, Inc. | Philadelphia Energy Solutions |
| POLICY NUMBER: Per Schedule | |
| CARRIER: Allianz Global Risk US Ins. Co. et. al. | NAIC CODE: | EFFECTIVE DATE: 11/1/2018 |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM**
FORM NUMBER: ACORD 27      FORM TITLE: Certificate of Property Insurance

NFIP policies have also been placed for the following buildings and their contents in accordance with lender mandates: BLDG-620, 625, 745, 440, 450, 650, & 651. Administrative Agent has been named as additional insured and mortgagee as their interests may appear and where required by written contract. Per NFIP requirements, evidence of coverage is to be the signed application and proof of payment. NFIP coverage is per the terms and conditions of each respective NFIP policy.

The property policy includes coverage at the following locations which are part of the Girard Point and Point Breeze refineries as well as North Yard and West Yard:

3143 W. Passyunk Avenue
3144 W. Passyunk Avenue
6030 W. Passyunk Ave.
6300 W. Passyunk Ave.
3515 Moore Street
3701 S. 63rd Street
2800 S. 26th Street
3000 Penrose Avenue
3002 Penrose Avenue
3403 Penrose Avenue
3404 Penrose Avenue
3405 Penrose Avenue
3406 Penrose Avenue
3407 Penrose Avenue
3409 Penrose Avenue
3600 Penrose Avenue
6900 Essington Avenue
6902 Essington Avenue
6904 Essington Avenue
6906 Essington Avenue
Parcels H-1 and H-2, for which legal description is found in deed recorded with Philadelphia Department of Records on 10/3/12 as Document Id No: 52542488.

Property deductible is $10,000,000 each occurrence physical damage and 60 days waiting period each occurrence business interruption. Terrorism deductible is $250,000

ACORD 101 (2008/01)        © 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD