# Exhibit G

# ACORD®

# EVIDENCE OF PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 11/01/2018 |

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): 866-283-7122 | COMPANY |
|---|---|---|
| Aon Risk Services Northeast, Inc. | | |
| 1600 Summer Street | | Allianz Global Risks US Ins. Co. et. al. |
| Stamford, CT 06905 USA | | |
| FAX (A/C, No): 800-363-0105 | E-MAIL ADDRESS: | |
| CODE: | SUB CODE: | |
| AGENCY CUSTOMER ID #: 570000056202 | | |

| INSURED | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| Philadelphia Energy Solutions Refining & Marketing, LLC | | | See Attached |
| 1735 Market Street, 11th Floor | EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
| Philadephia, PA 19103 | 11/01/2018 | 11/01/2019 | |
| | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

Point Breeze refinery, 3144 West Passyunk Avenue, Philadelphia, PA 19145
Girard Point refinery, 3144 West Passyunk Avenue, Philadelphia, PA 19145
North Yard, 3144 West Passyunk Avenue, Philadelphia, PA 19145
West Yard, 3144 West Passyunk Avenue, Philadelphia, PA 19145
Including: 3143 West Passyunk Avenue, Philadelphia, PA 19145

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Commercial Property Coverage Loss Limit | $1,250,000,000 | $10,000,000 |
| Flood | $484,500,000 | |
| Windstorm | $484,500,000 | |
| High Hazard Flood | $454,500,000 | |
| Terrorism | $500,000,000 | |

## REMARKS (Including Special Conditions)

Certificate holder is named mortgagee, loss payee, and additional insured as their interests may appear and where required by written contract. This certificate is subject to the terms and conditions of the policies.

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | ☒ MORTGAGEE | ☒ ADDITIONAL INSURED |
|---|---|---|
| ICBC Standard Bank PLC | ☒ LOSS PAYEE | |
| 20 Gresham Street, London EC2V 7JE | LOAN # | |
| | AUTHORIZED REPRESENTATIVE | |
| | *Aon Risk Services* | |

ACORD 27 (2009/12)

© 1993-2009 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



AGENCY CUSTOMER ID: 570000056202

## ADDITIONAL REMARKS SCHEDULE

| AGENCY Aon Risk Services Northeast, Inc. | NAMED INSURED Philadelphia Energy Solutions |
|---|---|
| POLICY NUMBER Per Schedule | |
| CARRIER Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

### ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM**

**FORM NUMBER:** ACORD 27    **FORM TITLE:** Certificate of Property Insurance

LOSS PAYEE / MORTGAGEE – ICBC STANDARD BANK PLC

It is hereby understood and agreed that the following entity is named as Loss Payee / Mortgagee under this Policy, as their interests may appear, as required by written contract or agreement, subject to the terms and conditions of this Policy:

ICBC Standard Bank PLC
20 Gresham Street
London, EC2V 7JE

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



AGENCY CUSTOMER ID: 570000056202

# ADDITIONAL REMARKS SCHEDULE

| AGENCY Aon Risk Services Northeast, Inc. | | NAMED INSURED Philadelphia Energy Solutions |
|---|---|---|
| POLICY NUMBER Per Schedule | | |
| CARRIER Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM**

**FORM NUMBER:** ACORD 27          **FORM TITLE:** Certificate of Property Insurance

ACE American Insurance Company (Starr Tech) EPRN14327186
Allianz Global Risks US Insurance Company USN00016718
Ariel Re Bda Ltd on behalf of Ariel Syndicate P134707
AXA Corporate Solutions Assurance ENNMG1800253
Chubb Bermuda Insurance Ltd. PESO01360P06
General Security Indemnity Co. of AZ (GSINDA) 10F152096-2018-1
Great Lakes Insurance SE (Munich Re) ENNMG1800282
HDI-Gerling America Insurance Company (Samsung) OGD1432102
HDI-Gerling America Insurance Company OGD1368503
HDI-Gerling America Insurance Company OGXD1307804
Helvetia Swiss Insurance Company in Liechtenstein Ltd. ENNMG1800253
International Insurance Co. of Hannover SE ENNMG18000260
International Insurance Co. of Hannover SE ENNMG1800261
International Insurance Co. of Hannover SE ENNMG1800253
Ironshore Insurance, Ltd. (Bermuda) 443173918
Lancashire Insurance Company (UK) Limited ENNMG1800262
Liberty Mutual Insurance Company 1000233255-03
Lloyd's Syndicate 1036 COF (O'Farrell aka 2999 QBE) ENNMG1800283
Lloyd's Syndicate 1084 CSL (Chaucer) ENNMG1800279
Lloyd's Syndicate 1183 (TAL Talbot) AJK148822G18
Lloyd's Syndicate 1200 AMA (Argo) ENNMG1800279
Lloyd's Syndicate 1884 / 1458(Freberg) EN100070-18
Lloyd's Syndicate 1955 BAR (Barbican) ENNMG1800281
Lloyd's Syndicate 2003 (XL Catlin) ENNMG18000280
Lloyd's Syndicate 3902 NOA (Ark) ENNMG1800285
Lloyd's Syndicate 9094 PNR (Pioneer) ENNMG1800181
Lloyd's Syndicate 9551 AUM (ACT) ENNMG1800279
Lloyd's Syndicate 9551 AUM (ACT) ENNMG18000280
Lloyd's Syndicates 1221 (Navigators) 18NSRO1797-01
Mapfre Global Risks ENNMG1800181
Oil Casualty Insurance, Ltd. P-100354-118
PartnerRe Ireland Insurance ENNMG1800181
Westport Insurance Corporation (Swiss Re) OMP 2000020-04
XL Insurance America, Inc. US00064117PR18A
Zurich American Insurance Company OGR3227382-00

Terrorism: Lloyd's of London; various with Syndicate XLC 2003 CMCTR1802119
###

ACORD 101 (2008/01)                    © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



## ADDITIONAL REMARKS SCHEDULE

| AGENCY Aon Risk Services Northeast, Inc. | | NAMED INSURED Philadelphia Energy Solutions |
|---|---|---|
| POLICY NUMBER Per Schedule | | |
| CARRIER Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

### ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM**

**FORM NUMBER:** ACORD 27          **FORM TITLE:** Certificate of Property Insurance

The Insured noted on this certificate also includes any and all subsidiaries, affiliates, parents, and related companies, including but not limited to:

PES Holdings, LLC
Philadelphia Energy Solutions Refining and Marketing, LLC
PES Administrative Services, LLC
North Yard GP, LLC
North Yard Logistics, L.P.


The insured language provided under the policy is as follows:

It is agreed that the unqualified word "Insured" wherever used includes any person or organization to whom or to which the Insured is obligated by virtue of a written contract to name such person or organization as an Additional Insured, but only with respect to operations performed by or obligations required of the Insured to or for the Additional Insured under the terms and conditions of said contract.

The limits and/or coverage available to the Additional Insured shall be those agreed to by virtue of a written contract between the Insured and such Additional Insured but in no event to exceed the limits in aggregate and coverages provided by this Policy. Furthermore, but only to the extent required by contract, this Policy will respond primary to and without contribution from any valid and collective insurance of such Additional Insured.

ACORD 101 (2008/01)          © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# ADDITIONAL REMARKS SCHEDULE

| AGENCY Aon Risk Services Northeast, Inc. | | NAMED INSURED Philadelphia Energy Solutions |
|---|---|---|
| POLICY NUMBER Per Schedule | | |
| CARRIER Allianz Global Risk US Ins. Co. et. al. | NAIC CODE | EFFECTIVE DATE 11/1/2018 |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM**

**FORM NUMBER:** ACORD 27        **FORM TITLE:** Certificate of Property Insurance

NFIP policies have also been placed for the following buildings and their contents in accordance with lender mandates: BLDG-620, 625, 745, 440, 450, 650, & 651. Administrative Agent has been named as additional insured and mortgagee as their interests may appear and where required by written contract. Per NFIP requirements, evidence of coverage is to be the signed application and proof of payment. NFIP coverage is per the terms and conditions of each respective NFIP policy.

The property policy includes coverage at the following locations which are part of the Girard Point and Point Breeze refineries as well as North Yard and West Yard:

3143 W. Passyunk Avenue
3144 W. Passyunk Avenue
6030 W. Passyunk Ave.
6300 W. Passyunk Ave.
3515 Moore Street
3701 S. 63rd Street
2800 S. 26th Street
3000 Penrose Avenue
3002 Penrose Avenue
3403 Penrose Avenue
3404 Penrose Avenue
3405 Penrose Avenue
3406 Penrose Avenue
3407 Penrose Avenue
3409 Penrose Avenue
3600 Penrose Avenue
6900 Essington Avenue
6902 Essington Avenue
6904 Essington Avenue
6906 Essington Avenue
Parcels H-1 and H-2, for which legal description is found in deed recorded with Philadelphia Department of Records on 10/3/12 as Document Id No: 52542488.

Property deductible is $10,000,000 each occurrence physical damage and 60 days waiting period each occurrence business interruption. Terrorism deductible is $250,000

ACORD 101 (2008/01)                                                      © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD