# Exhibit H



# General Security Indemnity Company of Arizona
## (THE "COMPANY")

**HOME OFFICES**
2338  W. ROYAL PALM ROAD,
SUITE J
Phoenix, AZ 85021

**ADMINISTRATIVE OFFICES**
One Seaport Plaza
199 Water Street, 21st Floor
New York, New York 10038-3526
Telephone No: +(1) 212-480-1900
U.S. Toll-Free (outside NY) 800-326-3299

---

# *PROPERTY DECLARATIONS*

**NOTICES**

1) <u>Duty to Defend or Investigate</u>:  The Company shall have no duty to defend or investigate any claim or suit unless and until all limits of all underlying insurance policies have been exhausted by payment of judgments, claims or settlements.

2) <u>Duty to Pay Claims</u>: If any underlying insurance policy has no duty to pay a claim for injury or damage for a reason other than exhaustion of an aggregate limit of insurance, then Company shall have no obligation to make any payment under this policy.

3) Coverage is excluded in any country and for any transaction where such coverage is unlawful as determined by the Government of the United States of America or its agencies.

4) Assignment of the Policy shall not be valid except with the written consent of the Company.

---

POLICY NUMBER:   <u>10F152096-2018-1</u>                    RENEWAL OF POLICY NUMBER: <u>10F152096-2017-1</u>

ITEM 1                NAMES AND ADDRESSES
Insured's Name:                      PES Energy Inc.; PES Ultimate Holdings, LLC
Insured's Address:            Street: 3144 West Passyunk Avenue
                   City, State, Zip: Philadelphia, PA 19145
                      Country: U.S.A.

Broker's Name:                      Aon Risk Services Southwest, Inc.
Broker's Address:            Street: 5555 San Felipe Street, Suite 1500
                   City, State, Zip: Houston, TX 77056
                      Country: U.S.A.

ITEM 2        POLICY PERIOD   From November 1, 2018  To November 1, 2019 at 12:01 AM standard time at the address of the Insured



**Surplus Lines**



# General Security Indemnity Company of Arizona
### (THE "COMPANY")

**HOME OFFICES**
2338  W. ROYAL PALM ROAD,
SUITE J
Phoenix, AZ 85021

**ADMINISTRATIVE OFFICES**
One Seaport Plaza
199 Water Street, 21st Floor
New York, New York 10038-3526
Telephone No: +(1) 212-480-1900
U.S. Toll-Free (outside NY) 800-326-3299

| ITEM 3 | COVERAGES |
|---|---|

| COVERAGES | LIMIT OF INSURANCE | PREMIUM FOR COVERAGE PROVIDED BY COMPANY |
|---|---|---|
| See Reference Numbers:<br><br>10F152096-2018-1<br>&<br>2018PESPROP | USD 125,000,000 being 10% part of USD 1,250,000,000  ☒ each and every occurrence<br><br>Deductibles, attachment points and sublimits as per attached Reference Numbers:  10F152096-2018-1 & 2018PESPROP | See Reference Numbers:<br><br>10F152096-2018-1<br>&<br>2018PESPROP |

Conformity to Statute.  Any provision or stipulation of the Policy which is in conflict with the statutes of the state(s) wherein the property covered hereunder is located is hereby amended to conform to such statutes. The Policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of the Policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in the Policy.

ITEM 4  PREMIUM FOR COVERAGE PROVIDED BY COMPANY

Coverage  **USD 650,000**

TRIA
(TRIA Premium must be entered.  If TRIA is declined, enter "no coverage").  **NO COVERAGE**

Total  **USD 650,000**

ITEM 5  CLAIMS NOTIFICATION

Any notification under this policy should be made to the following:

CLAIMS DEPARTMENT
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA
ONE SEAPORT PLAZA
199 WATER STREET, SUITE 2100
NEW YORK, NEW YORK 10038-3526 - USA
SBSAmericasClaims@Scor.com

IN WITNESS WHEREOF, General Security Indemnity Company of Arizona has caused the Policy to be executed by its duly authorized representative:

Signed at: _____ Houston, TX _____  Date: _____ December 14, 2018 _____

Signature: _____  Print Name & Title: _____ Gerry Fahrenthold _____
Regional Line Manager | Onshore Energy

JB ~ 12/13/2018



**Surplus Lines**



# General Security Indemnity Company of Arizona
### (THE "COMPANY")

| HOME OFFICES | ADMINISTRATIVE OFFICES |
|---|---|
| 2338  W. ROYAL PALM ROAD, | One Seaport Plaza |
| SUITE J | 199 Water Street, 21st Floor |
| Phoenix, AZ 85021 | New York, New York 10038-3526 |
| | Telephone No: +(1) 212-480-1900 |
| | U.S. Toll-Free (outside NY) 800-326-3299 |

**Please be advised that this Policy will be issued through a surplus lines insurer on whose behalf we are authorized to act. Compliance with applicable laws and payment of taxes is the responsibility of the Insured, the insurance agent or insurance broker.**



**Surplus Lines**

# General Security Indemnity Company of Arizona

| | |
|---|---|
| **HOME OFFICES** | **ADMINISTRATIVE OFFICES** |
| 2338  W. ROYAL PALM ROAD, SUITE J | One Seaport Plaza |
| Phoenix, AZ 85021 | 199 Water Street, 21st Floor |
| | New York, New York 10038-3526 |
| | Telephone No: +(1) 212-480-1900 |
| | U.S. Toll-Free (outside NY) 800-326-3299 |

## POLICYHOLDER NOTICE
## TERRORISM RISK INSURANCE ACT

This Notice addresses requirements of the Terrorism Risk Insurance Act of 2002, and any amendments or extensions thereto, including the Terrorism Risk Insurance Program Reauthorization Act of 2015 (hereinafter "Act").

**Definitions**

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States: to be an act of terrorism; to be an act that is violent or dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside of the United States in the case of United States missions or certain air carriers or vessels; to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured terrorism loss" means any loss resulting from an "act of terrorism" (including an act of war, in the case of workers compensation) that is covered by primary or excess or umbrella property and casualty insurance issued by an insurer if the loss occurs in the United States or at United States missions or to certain air carriers or vessels.

"Insurer deductible" means the amount established in the Act that must be paid by the insurer issuing your policy before the federal government can pay its share of the compensation for insured terrorism losses.

**Notice of Federal Share of Losses, Premium Charge, and potential reduction in coverage under your Policy**

YOU SHOULD KNOW THAT COVERAGE WHICH MAY BE PROVIDED BY THIS POLICY FOR INSURED TERRORISM LOSSES IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR, BIOLOGICAL OR CHEMICAL EVENTS. UNDER THIS FORMULA, THE UNITED STATES PAYS  85% OF INSURED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 AND 80% BEGINNING ON JANUARY 1, 2020. YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100

# General Security Indemnity Company of Arizona

**HOME OFFICES**
2338 W. ROYAL PALM ROAD,
SUITE J
Phoenix, AZ 85021

**ADMINISTRATIVE OFFICES**
One Seaport Plaza
199 Water Street, 21st Floor
New York, New York 10038-3526
Telephone No: +(1) 212-480-1900
U.S. Toll-Free (outside NY) 800-326-3299

BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

If you elected to purchase coverage for insured terrorism losses, the premium charge for this coverage is shown in the Declarations or an extension to the Declarations.

If you rejected this offer of coverage, coverage for statutorily mandated fire coverage resulting from such acts, if applicable to your coverage, is provided at no additional premium charge



# General Security Indemnity Company of Arizona

**HOME OFFICES**
2338 W. ROYAL PALM ROAD,
SUITE J
Phoenix, AZ 85021

**ADMINISTRATIVE OFFICES**
One Seaport Plaza
199 Water Street, 21st Floor
New York, New York 10038-3526
Telephone No: +(1) 212-480-1900
U.S. Toll-Free (outside NY) 800-326-3299

# EXCLUSION OF CERTIFIED AND OTHER ACTS OF TERRORISM

### I. Definitions

"We, "us," "our" and "insurer" means General Security Indemnity Company of Arizona.

"You" means the insured listed in the declarations to this policy.

"Certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism according to the U.S. federal Terrorism Risk Insurance Act ("TRIA") and any subsequent federal law modifying TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

    a.    The act resulted in insured losses in excess of $5 million in the aggregate, that are attributable to all types of insurance that is subject to the TRIA; and

    b.    The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure (including the use or operation, as a means of inflicting harm, of any computer, computer system, computer software program, malicious or improperly written code, computer virus or trojan, or any other electronic, photonic or optoelectronic system) that is committed by or for any individual, individuals, corporation, partnership or any entity and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to TRIA or any subsequent federal law modifying TRIA.

### II. Exclusion of Certified Act of Terrorism and Other Act of Terrorism

The provisions of this endorsement shall control over any other conflicting provisions in the policy. Except as required by Section IV, this policy does not apply to any bodily injury, property damage, personal injury, advertising injury, loss, damage, cost, claim or suit, expense, punitive damages, exemplary damages, or any other demand for money under the policy to which this endorsement is attached, or any underlying insurance, that is caused by, exacerbated by or which arises, directly or indirectly, out of a "certified act of terrorism" or an "other act of terrorism."

### III. Exclusion of Actions in Relation to a Certified Act of Terrorism and an Other Act of Terrorism

This policy does not apply to loss, damage, cost or expense of any nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, retaliating against, suppressing or in any way relating to a "certified act of terrorism" or an "other act of terrorism."

**Ed. February 2015**



**IV. Non-applicability of Exclusion to Certain Fire Losses**

If a "certified act of terrorism" or an "other act of terrorism" results in fire, and the direct physical loss or damage to property insured under this policy is located in any state which, at the time of such fire, has certain mandatory fire following coverage requirements following a "certified act of terrorism" or an  "other act of terrorism," this policy will cover such loss or damage caused by that fire, subject however to all  the terms and conditions of this policy as modified by application of all of the following provisions:

1. Coverage for fire following a "certified act of terrorism" or an "other act of terrorism" applies, where permitted, only to direct loss or damage to property insured under this policy, excluding time element coverage, where permitted.

2. Coverage for fire following a "certified act of terrorism" or an "other act of terrorism" is limited to the <u>lesser amount of either</u>

   a) The actual cash value of the property at the time of the loss, or

   b) The amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repaid, and without compensation for loss resulting from interruption of business or manufacture

V. **Minimum Requirements of Coverage**

Notwithstanding any other provisions of this policy, this policy will pay only for the amount of damages required to comply with the minimum requirements to be covered under statutes, regulations and judicial decisions applicable to this policy.  If the applicable law or regulation in any state permits the Commissioner or Director of Insurance or anyone within the state insurance department to grant us or any other insurer approval to vary the terms and conditions of the standard fire policy, and such approval has been granted in that state as of the effective date of this policy, this policy shall not provide coverage beyond the minimum requirements  of the terms and conditions approved by such person of authority.

In the event that any portion of this exclusion or clause thereof is found to be invalid or unenforceable, the remainder shall remain in full force and effect

Certified                      and                           Non-Certified     Property
Form C-NC-EXC-12/07-P





# General Security Indemnity Company of Arizona
### (THE "COMPANY")

**HOME OFFICES**
2338 W. ROYAL PALM ROAD,
SUITE J
Phoenix, AZ 85021

**ADMINISTRATIVE OFFICES**
One Seaport Plaza
199 Water Street, 21st Floor
New York, New York 10038-3526
Telephone No: +(1) 212-480-1900
U.S. Toll-Free (outside NY) 800-326-3299

Insured:   PES Energy Inc.; PES Ultimate Holdings, LLC

Effective:  November 1, 2018

It is understood and agreed that the following Clause is hereby made part of this  policy:

## SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

LMA 3100

All other terms and conditions remain  unchanged.

Attaching to and forming part of General Security Indemnity Company of Arizona  (GSINDA) Policy No. 10F152096-2018-1

_Authorized Representative_
Gerry Fahrenthold, Regional Line Manager | Onshore Energy
General Security Indemnity Company of Arizona



# Policy No. 10F152096-2018-1

### *NON-ADMITTED PARTICIPATION*

Acting upon your instructions and in consideration of the premium indicated herein, we have effected with underwriters insurances as noted below:

**DATE OF ISSUE:** December 10, 2018

**MARKETING OFFICE:** Aon Risk Services Southwest, Inc.
5555 San Felipe Street, Suite 1500
Houston, Texas  77056

**NAMED INSURED:** **PES Energy Inc.; PES Ultimate Holdings, LLC**

**COVERAGE TYPE:** All Risk Property Damage including Time Element

**LAYER LIMIT (100%):** USD 1,250,000,000 Quota Share

**POLICY TERM:** November 1, 2018 to November 1, 2019

**ANNUAL PREMIUM FOR ORDER:**
USD   650,000  All Risk PD/TE *(p/o USD 6,500,000)*
USD  excluded  Certified Terrorism
USD  excluded  Non-certified Terrorism
USD   650,000  Total *(p/o USD 6,500,000)*

**COMMISSION:** 10.00%

**DEDUCTIONS:** Up to 2.5% Engineering Fee allowance, as incurred

**ORDER:** USD 125,000,000   or   10.0000%[1]

**SECURITY/CARRIER:** General Security Indemnity Company of Arizona (GSINDA)

By: _____    December 14, 2018
            Authorized Representative            Date
            (SCOR Business Solutions)

**TERMS & CONDITIONS:** Per attached:
- manuscript Declarations No. 10F152096-2018-1
- manuscript Policy Form No. 2018PESPROP

### **– ALL AS MORE FULLY DEFINED HEREIN –**

---

[1] Carrier's 10.0000% participation represents 100% of 100% of the Non-Admitted participation (10.0000%).

*It is expressly understood and agreed by the Insured by accepting this instrument, that Aon Risk Services Southwest, Inc. is not an Insurer hereunder and that Aon Risk Services Southwest, Inc. shall not be in any way or to any extent liable for any loss or claim whatever, but that the Insurers hereunder are those individual Insurance Companies and/or Underwriters, whose names appear herein.  Regardless of who may have drafted or prepared this policy, or any portions thereof, the provisions contained herein shall be deemed to have been authored by the Insurer.*

# DECLARATIONS

1.   **NAMED INSURED AND ADDRESS**

   **PES Energy Inc.; PES Ultimate Holdings, LLC** and any subsidiary, affiliated, associated, or allied company, corporation, firm, organization, and the Insured's interest in partnerships and/or joint ventures, and/or any owned (wholly or partially) or controlled company(ies) where the Insured maintains an interest as now or hereafter constituted or acquired; and any other party or interest that the Insured is required by contract or agreement to insure; including but not limited to the following:

   North Yard Financing, LLC
   North Yard GP, LLC
   North Yard Logistics, L.P.
   PES Administrative Services, LLC
   PES Holdings, LLC
   PES Intermediate, LLC
   PES Inventory Company, LLC
   PES Logistics GP, LLC
   PES Logistics Partners, L.P.
   PESRM Holdings, LLC
   Philadelphia Energy Solutions Inc.
   Philadelphia Energy Solutions LLC
   Philadelphia Energy Solutions Refining and Marketing LLC

   all hereafter referred to as the "Insured."

   Address:   3144 West Passyunk Avenue
                   Philadelphia, PA  19145

   Additional Insured(s):  As designated by the Named Insured or as endorsed hereon.

2.   **LOSS PAYABLE**

   Loss, if any, shall be adjusted with and made payable to the first Named Insured, or their order, whose receipt will constitute a full release of the Insurers' liability under this Policy.

3.   **COVERAGE DESCRIPTION**

   "All risks" of direct physical loss or damage including boiler explosion, Mechanical and Electrical Breakdown, Flood, Earthquake, Named Windstorm.



Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

4.    **TERM OF INSURANCE**

Twelve (12) months from **November 1, 2018 to November 1, 2019**, both days at 00:01 local standard time at the address of the Named Insured.  If this insurance expires while an occurrence giving rise to a loss is in progress, Insurers shall be liable as if the whole loss had occurred during the currency of this insurance.

5.    **LIMIT OF LIABILITY (100%)**

USD 1,250,000,000    any one Occurrence, combined single limit in excess of the insured retentions

**Subject to the following Program Sublimits (100%)**

| USD | 500,000,000 | any one Occurrence, combined single limit and in the aggregate annually as respects Earthquake, *except;* |
| USD | Excluded | any one Occurrence, combined single limit and in the aggregate annually as respects California Earthquake |
| USD | 500,000,000 | any one Occurrence, combined single limit and in the aggregate annually as respects Flood |
| USD | 500,000,000 | any one Occurrence, combined single limit and in the aggregate annually as respects Named Windstorm |
| USD | 25,000,000 | Accounts Receivable |
| USD | 2,500,000 | Claims Preparation Expense (no coverage for Public Adjusters or Attorneys) |
| USD | 75,000,000 | Contingent Business Interruption, Named |
| USD | 25,000,000 | Contingent Business Interruption, Unnamed |
| USD | 10,000,000 | Contingent Extra Expense |
| USD | 50,000,000 | Course of Construction; coverage excludes Delay in Start Up and Advanced Loss of Profits |
| USD | 25,000,000 | or 25% of adjusted Physical Damage loss, whichever is greater, in respect of Debris Removal |
| USD | 25,000,000 | Demolition and Increased Cost of Construction due to Law or Ordinance |
| USD | 10,000,000 | Demurrage |
| USD | 10,000,000 | Electronic Data Processing Media |
| USD | 10,000,000 | Errors and Omissions |

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 2 of 11

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx



| USD | 10,000,000 | Expediting Expense |
|---|---|---|
| USD | 25,000,000 | Extra Expense |
| USD | 5,000,000 | Fine Arts |
| USD | 5,000,000 | Fire Brigade Charges and Extinguishing Expenses |
| USD | 5,000,000 | Leasehold Interest |
| USD | 50,000,000 | Newly Acquired Locations, subject to 90 day reporting period |
| USD | 50,000,000 | Off Premises Service Interruption |
| USD | 5,000,000 | Pollution Clean Up of Land and Water on Site in the aggregate annually |
| USD | 50,000,000 | Port Blockage |
| USD | 10,000,000 | Rental Value |
| USD | 10,000,000 | Transit (inland) |
| USD | 10,000,000 | Unscheduled Locations, *except;* |
| USD | 2,500,000 | Unscheduled Locations as respects the perils of Earthquake, Flood and Named Windstorm |
| USD | 25,000,000 | Valuable Papers and Records |
| | 30 days | Civil/Military Authority, subject to 1 statute mile from premises |
| | 30 days | Ingress/Egress, subject to 1 statute mile from premises |

Although more than one of the sublimits stated above may apply to any one Occurrence unless otherwise stated, they are part of and do not serve to increase the overall Limits of Liability stated herein.

Sublimits shown above are 100% Program Sublimit amounts. Each Insurer's portion of the Limit of Liability shall be its percentage share of the Limit of Liability and shall not be increased by Program Sublimits shown above.

The Limits of Liability and the sublimits are excess of retentions as stated below.

**6.    RETENTIONS**

**Physical Damage**

USD  10,000,000    any one Occurrence

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 3 of 11
Dated 2/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx



**Time Element**

> 60 days    waiting period any one Occurrence

> 24 hour    qualifier in respect of Off Premises Service Interruption

If a number of hours/days apply as a Time Element retention, then the specified number of hours/days are to be applied immediately following the Occurrence.

In the event more than one retention applies to a single Occurrence, as defined herein, only the largest of such retention shall apply.  It being understood that waiting period retentions are to apply separately.

In respect of Time Element coverage resulting from Off Premises Service Interruption, it is a condition of this insurance that no liability shall exist under this Policy for any Time Element loss at the property covered hereunder unless the determined period of interruption exceeds twenty-four (24) hours.  If the interruption exceeds twenty-four (24) hours, liability shall exist for the period of interruption in excess of the normal Time Element waiting period shown above.

7.    **TERRITORIAL LIMITS**

United States of America, except worldwide as respects transits, if any (does not include countries where U.S. Trade embargoes exist).

8.    **CHOICE OF LAW AND JURISDICTION**

Any dispute relating to this Policy or to a claim including but not limited thereto, the interpretation of any provision of the Policy shall be governed by and construed in accordance with the laws of the state of New York, United States of America.

9.    **TOTAL INSURED VALUES**

USD 6,678,578,378   Physical Damage
USD      68,072,544   Inventory
<u>USD    559,274,031</u>   Business Interruption (Annual)
USD 7,305,924,953   Total Insured Value

10.    **ANNUAL PREMIUM (100%)**

USD 6,500,000   All Risk PD/TE
USD   excluded   Certified Terrorism
<u>USD   excluded</u>   Non-certified Terrorism
USD 6,500,000   Total



18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 4 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

11. **COMMISSION**

    10.00%

12. **DEDUCTIONS**

    All the engineering fee expenses incurred by the representatives of the lead underwriter and the broker will be paid for by the total of the panel of insurers according with their participation and up to a maximum of 2.5% of the total Premium for their share on an as incurred basis.

13. **MARKETING OFFICE**

    Aon Risk Services Southwest, Inc.
    5555 San Felipe Street, Suite 1500
    Houston, TX  77056

14. **SURPLUS LINES OFFICE**

    Aon Risk Services Southwest, Inc.
    5555 San Felipe Street, Suite 1500
    Houston, TX  77056

    Home State:  Pennsylvania
    Pennsylvania Surplus Lines Licensee:  Aon Risk Services Southwest, Inc.
    Pennsylvania Surplus Lines License No.:  53486

15. **NOTICE OF CLAIM**

    In accordance with the Claims Notification provision within the General Conditions section of the Policy, the Insured shall give notice of a claim to the Insurers.  Notice may be given through:

    Aon Risk Services Southwest, Inc.
    5555 San Felipe Street, Suite 1500
    Houston, TX  77056

16. **PREMIUM PAYMENT CLAUSE (LSW3000 AMENDED)**

    The Insured undertakes that premium will be paid in full to Insurers within thirty (30) days of inception of this policy (or, in respect of installment premiums, when due).

    If the premium due under this policy has not been so paid to Insurers by the thirtieth (30th) day from the inception of this policy (and, in respect of installment premiums, by the date they are due) Insurers shall have the right to cancel this policy by notifying the Insured via the broker in writing.  In the event of cancellation, premium is due to Insurers on a pro rata basis for the period that Insurers are on risk but the full policy premium shall be payable to Insurers

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 5 of 11

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx



Dated 12/14/2018

in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this policy.

It is agreed that Insurers shall give not less than ten (10) days prior notice of cancellation to the Insured via the broker.  If premium due is paid in full to Insurers before the notice period expires, notice of cancellation shall automatically be revoked.  If not, the policy shall automatically terminate at the end of the notice period.

Unless otherwise agreed, the Leading Underwriter (and Agreement Parties if appropriate) are authorized to exercise rights under this clause on their own behalf and on behalf of all Insurers participating in this contract.

If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect.

Where the premium is to be paid through a London Market Bureau, payment to Insurers will be deemed to occur on the day of delivery of a premium advice note to the Bureau.

## 17.    LMA3333 DATED 21 JUNE 2007

**Insurer's liability several not joint**

The liability of an insurer under this contract is several and not joint with other insurers party to this contract.  An insurer is liable only for the proportion of liability it has underwritten.  An insurer is not jointly liable for the proportion of liability underwritten by any other insurer.  Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp.  This is subject always to the provision concerning "signing" below.  In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer.  Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together).  The liability of each member of the syndicate is several and not joint with other members.  A member is liable only for that member's proportion.  A member is not jointly liable for any other member's proportion.  Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract.  The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA.  The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line".

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 6 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

Where this contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together). A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line".  The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

## 18.    TERMS AND CONDITIONS

- As per attached manuscript Policy Form No. 2018PESPROP.

- Business Interruption Adjustment Endorsement:

It is a condition of this policy that within sixty (60) days of November 1, 2019 the Insured shall submit a statement of Actual Gross Earnings for the twelve (12) month period beginning on November 1, 2018.  If the total premium developed from Actual Gross Earnings is less than the provisional premium paid, the Underwriters shall refund to the Insured the excess paid and if the total premium developed from the Actual Gross Earnings is more than the provisional premium paid, the Insured shall pay to the Underwriters additional premium for such excess.  The adjustment for additional/return premium shall take place when the difference between the values reported at inception and the Actual Gross Earnings are greater than five percent (5%).  The maximum adjustment for additional premium shall not exceed one hundred thirty percent (130%) of the values reported prior to the adjustment.

It is understood and agreed that the premium under the Business Interruption of this Policy, being a provisional premium, shall be adjusted (increased or decreased) for the November 1, 2018 to November 1, 2019 term, based upon the Actual Gross Earnings pro rata from the first day of the Policy until the expiration, based upon the business interruption rate as set forth below.

The Underwriters, or their duly appointed representative, shall be permitted at all reasonable times during the term of this Policy, or within a year after its expiration or cancellation to inspect the property described hereunder and to examine the Insured's books, records and such policies of insurance as cover in any manner a  loss insured against hereunder.  This inspection or examination shall not waive or in any manner affect any of the terms or conditions of this Policy.

Business Interruption Rate: <u>0.19950</u> Annual Adjustment Rate per $100 of reported values.



18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 7 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

## 2018-2019 CONTINGENT BUSINESS INTERRUPTION SCHEDULE
## OF NAMED CUSTOMERS AND SUPPLIERS

### Customers w/revenue above USD 25MM to PES

121 POINT BREEZE MANAGEMENT CORP

AdvanSix Inc.

AHOLD FUEL LLC

AOT Energy Americas LLC

Apex Oil Company

APPROVED OIL COMPANY OF BROOKLYN INC.

Arfa Enterprises Inc.

ASTRA OIL COMPANY LLC

Atlantic Trading and Marketing, Inc.

BP Products (NA)

BP Products NA Inc. (Jet)

BP Products NA Inc. (Products)

BP Products North American Inc.

Braskem America, Inc.

Buckeye Energy Services, LLC

Cargill, Inc Petroleum Trading

CASTLETON COMMODITIES MERCHANT TRADING L.P

CHEVRON PRD CO DIV CHEVRON USA

CITGO PETROLEUM CORPORATION

Colonial Oil Industries, Inc.

DSST Corporation

Edw. J Sweeney & Sons, Inc

ENI TRADING & SHIPPING INC.

ENTERPRISE PRODUCTS OPERATING

EXXONMOBIL OIL CORPORATION

FREEPOINT COMMODITIES LLC

GEORGE E. WARREN CORPORATION

GLENCORE LTD.

GLOBAL COMPANIES LLC

GULF OIL LIMITED PARTNERSHIP

GUTTMAN ENERGY, INC.

GUTTMAN OIL CO. (BULK)

HARTREE PARTNERS, LP

HESS ENERGY TRADING CO., LLC

HONEYWELL INTERNATIONAL INC

JP MORGAN VENTURES ENERGY CORP

KOCH SUPPLY & TRADING LP



18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 8 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

Long Island Lighting Company dba LIPA

Lukoil North America LLC

MACQUARIE ENERGY NORTH AMERICA TRADING INC

Mansfield Oil Company

MARATHON PETROLEUM CO. LP

MERCURIA ENERGY TRADING INC

Merrill Lynch Commodities, Inc.

MIECO INC.

Mirabito Holdings Inc.

MONROE ENERGY, LLC

MORGAN STANLEY CAPITAL GRP. INC

Motiva Enterprises LLC

Multani Enterprise Inc.

MUSKET CORPORATION (BULK)

Mutual Oil Co., Inc.

NIC HOLDING CORP

NOBLE AMERICAS CORPORATION

NOBLE PETRO INC.

Papco, Inc

PBF HOLDING COMPANY LLC

PennJ Petroleum LLC

PETROBRAS GLOBAL TRADING BV

PETROLEUM PRODUCTS CORPORATION

PETROLEUM TRADERS CORPORATION

PHILLIPS 66 COMPANY

Pilot Travel Centers LLC

PLAINS MARKETING LP

PPL ENERGYPLUS RETAIL, LLC

PYRAMID DE LLC

QT FUELS INCORPORATED

REPSOL TRADING USA CORPORATION

Riggins, Inc

ROLYMPUS (US) COMMODITIES GROUP LLC

Ross Fogg Fuel Oil Co.

Sat Raj Inc

Service Energy, LLC

SHEETZ INC.

SHELL TRADING US CO. (PRODUCTS)

Shipley Fuels Marketing, LLC

SJ Fuel South Co Inc.

SPEEDWAY LLC



---

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 9 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

SPRAGUE OPERATING RESOURCES LLC

Sunoco Partners Marketing and Terminals LP

SUNOCO, LLC

SUPERIOR PLUS ENERGY SERV LLC

TA Operating LLC

TRAFIGURA AG

TRAFIGURA TRADING LLC

Turkey Hill LP D/B/A Turkey Hill Minit Markets

UNITED ENERGY PLUS TERMINALS, LLC

US VENTURE INC

VALERO MARKETING AND SUPPLY CO

VITOL INC.

WAWA INC.

WORLD FUEL SERVICES, INC.

WOROCO MANAGEMENT LLC

**Suppliers w/spend above USD 25MM**

| Suppliers | Products |
|---|---|
| Amerigreen Energy Inc. | Biodiesel |
| Archer Daniels Midland Company | Ethanol |
| BNSF Railway Company | RR Transport |
| BP | Iso Butane (International) |
| BP North America Petroleum | Gasoline Components |
| BP Products (NA) (IL) | Naphtha FBR |
| BP Products NA Inc. (Products) | Gasoline Components; Naphtha FBR; Naphtha-Heavy; Naphtha-Light |
| Centennial Energy LLC | |
| Centennial Gas Liquids, LLC | Iso Butane (Rail) |
| Citigroup Global Markets Inc. | |
| Colonial Energy, Inc. | |
| Colonial Pipeline Company | |
| Constellation New Energy Inc. | |
| Continental Resources, Inc. | |
| Crestwood Services, LLC | |
| Eco-Energy Fueling Solutions | |
| Eighty-Eight Oil LLC | |
| Freepoint Commodities LLC | Crude |
| Hartree Partners, LP | |
| Hess Corporation | Crude-Reduced (VGO) |
| J J White Inc | |
| J.P. Morgan Chase Bank | |
| Koch Supply & Trading, LP | Naphtha FBR; Naphtha-Heavy; Udex Raffinate |

18/19 All Risk Property Damage including Time Element
USD 1,250,000,000 Quota Share

Declarations
Page 20 of 11
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\GSINDA 10F15209620181 Declarations Property 18-19 PES 2018.10.03.docx

| Suppliers | Products |
|-----------|----------|
| Lansing Ethanol Services, LLC | Ethanol |
| MacQuarie Bank Limited | |
| MacQuarie Bank Limited London | |
| Mark West Hydrocarbon Inc | |
| Merrill Lynch Commodities | |
| Nereus Shipping S.A. | |
| Noble Americas Corp. | |
| North Yard Logistics L.P. | |
| Oasis Petroleum Marketing LLC | |
| OSG Bulk Ships Inc. | |
| PBF Holding Company | Iso Butane |
| Petroleum Products Corporation | |
| Plains Midstream Canada ULC | |
| PNC Capital Markets, LLC | |
| Shell | Iso Butane (International) |
| Sunoco LLC | |
| Sunoco Partners Marketing | |
| Vane Line Bunkering Inc | |
| Vitol Inc. | Naphtha FBR |
| WR Grace & Co-Conn | |

# PES Energy Inc.; PES Ultimate Holdings, LLC

## 2018-2019 All Risk Property Damage including Time Element

## TABLE OF CONTENTS

**SECTION I – PHYSICAL DAMAGE** ............................................................................................5

  1. Property Insured .......................................................................................................5

  2. Property Excluded .....................................................................................................5

  3. Perils Insured ...........................................................................................................6

  4. Perils Excluded ........................................................................................................6

  5. Valuation ..................................................................................................................8

  6. Definitions ................................................................................................................9

     *a) Actual Cash Value* ............................................................................................9

     *b) Finished Stock* ..................................................................................................9

     *c) Mechanical and Electrical Breakdown* ..............................................................9

     *d) Pollutants* ......................................................................................................11

     *e) Raw Stock* .....................................................................................................11

     *f) Replacement Cost* ..........................................................................................11

     *g) Salvage Value* ...............................................................................................11

     *h) Stock in Process* ............................................................................................11

**SECTION II – TIME ELEMENT COVERAGE** ............................................................................12

  1. Business Interruption .............................................................................................12

  2. Extra Expense .......................................................................................................12

  3. Contingent Business Interruption and Contingent Extra Expense .........................12

  4. Interdependencies .................................................................................................12

  5. Expenses to Reduce Loss .....................................................................................12

  6. Ingress/Egress ......................................................................................................13

  7. Tax Treatment of Time Element Loss Proceeds ....................................................13

  8. Basis of Recovery .................................................................................................13

  9. Resumption of Operations .....................................................................................14

  10. Definitions ............................................................................................................14

     *a) Gross Earnings* ..............................................................................................14

     *b) Normal* ..........................................................................................................

    *c)  Period of Indemnity* ....................................................................................... 15

  11.  Exclusions ..................................................................................................... 15

**SECTION III – COVERAGE EXTENSIONS** ..................................................................... 17

  1.  Accounts Receivable ....................................................................................... 17

  2.  Ammonia Contamination Coverage ................................................................ 17

  3.  Civil/Military Authority ..................................................................................... 17

  4.  Claim Preparation Expense ............................................................................ 18

  5.  Course of Construction ................................................................................... 18

  6.  Debris Removal .............................................................................................. 19

  7.  Demolition and Increased Cost of Construction due to Law or Ordinance ........... 19

  8.  Demurrage ..................................................................................................... 19

  9.  Expediting Expense ........................................................................................ 20

  10.  Fine Arts ........................................................................................................ 20

  11.  Fire Brigade Charges and Extinguishing Expenses ......................................... 20

  12.  Hazardous Substances .................................................................................. 20

  13.  Impounded Water ........................................................................................... 20

  14.  Improvements and Betterments ...................................................................... 21

  15.  Leasehold Interest ......................................................................................... 21

  16.  Newly Acquired Locations ............................................................................... 21

  17.  Off Premises Service Interruption ................................................................... 22

  18.  Pollution Clean-up (Land & Water) Extension ................................................. 22

  19.  Port Blockage ................................................................................................ 22

  20.  Professional and Other Fees ........................................................................... 23

  21.  Rental Value .................................................................................................. 23

  22.  Transit .......................................................................................................... 24

  23.  Unscheduled Locations .................................................................................. 24

  24.  Valuable Papers and Records ......................................................................... 24

  25.  Water Damage ............................................................................................... 25

**GENERAL CONDITIONS** ........................................................................................... 26

  1.  Occurrence Definition ..................................................................................... 26

  2.  Earthquake Definition ..................................................................................... 26

  3.  Flood Definition .............................................................................................. 26

  4.  Named Windstorm Definition ........................................................................... 26

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

5.  Additional Insured(s) .................................................................................................27
6.  Currency Clause.......................................................................................................27
7.  Loss Clause..............................................................................................................27
8.  Errors and Omissions ..............................................................................................27
9.  Control of Damaged Property...................................................................................27
10. Sue and Labor .........................................................................................................28
11. Claims Notification...................................................................................................28
12. Claims Adjusters .....................................................................................................28
13. Partial Loss..............................................................................................................28
14. Payment of Loss ......................................................................................................29
15. Priority of Payments ................................................................................................29
16. Partial Payments .....................................................................................................29
17. Subrogation .............................................................................................................29
18. Waiver of Subrogation .............................................................................................29
19. Application of Salvage Recoveries ..........................................................................30
20. Carriers or Other Bailees.........................................................................................30
21. No Control ...............................................................................................................30
22. Appraisal .................................................................................................................30
23. Other Insurance .......................................................................................................31
24. Primary Insurance ...................................................................................................31
25. Contributing Insurance ............................................................................................31
26. Underlying Insurance ..............................................................................................31
27. Excess Insurance ....................................................................................................31
28. Service of Suit Clause (NMA 1998).........................................................................31
29. Assistance and Co-operation ..................................................................................32
30. Non-Vitiation............................................................................................................32
31. Bankruptcy and Insolvency .....................................................................................33
32. Permission to Issue 'Verification of Insurance' Clause............................................33
33. Lenders Loss Payable Clause..................................................................................33
34. Inspection and Audit................................................................................................35
35. Permission...............................................................................................................35
36. Due Diligence ..........................................................................................................35
37. Abandonment ..........................................................................................................35
38. Assignment..............................................................................................................36
39. Conflict of Wording ..................................................................................................

40.  Titles of Paragraphs ........................................................................................36

41.  Cancellation Clause .........................................................................................36

42.  Electronic Data Exclusion (NMA 2914 Amended) ............................................36

43.  Electronic Date Recognition Exclusion (NMA 2802) ........................................37

44.  Law Practice and Jurisdiction ..........................................................................38

45.  Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical And
     Electromagnetic Weapons Exclusion Clause (CL 370) ....................................38

46.  Mold Exclusion ................................................................................................39

47.  Conformity Clause ...........................................................................................39

**ENDORSEMENTS**..................................................................................................**40**

1.  War and Terrorism Exclusion Clause (NMA 2918, 08/10/01) ...........................40

2.  U.S. Terrorism Risk Insurance Act of 2002 as Amended – Not Purchased Clause
    (LMA 5092, 21/12/07).......................................................................................40

3.  Loss Payee / Mortgagee – Merrill Lynch Commodities, Inc. .............................41

4.  Loss Payee / Mortgagee – ICBC Standard Bank PLC ......................................41

# SECTION I – PHYSICAL DAMAGE

**1.    PROPERTY INSURED**

This Section of the Policy insures Real and Personal Property of the Insured of every kind and description, including, but not limited to:

a)    real and personal property owned by the Insured or in which the Insured has an insurable interest or is responsible to insure, including, but not limited to, vehicles licensed for highway use while on insured premises, mobile equipment, contractors equipment, underground gas (working gas and cushion gas), railroad rolling stock, dams and dikes as scheduled, civil works, flues, flumes, drains and spillways (both above and below ground), underground pipelines, river crossings, jetties, docks, fine arts, signs, and glass;

b)    real and personal property of others in the Insured's care, custody or control;

c)    real and personal property of the Insured in the care, custody or control of others;

d)    personal property of officers, directors, and employees of the Insured whilst on premises of the Insured;

e)    real and personal property held by the Insured in trust or on commission or on consignment or on joint account with others; or sold but not delivered; for which the Insured may be legally liable or has assumed liability to insure;

f)    property for which the Insured is required to insure or is under obligation to insure including property which the Insured is legally liable to insure under Joint Venture or Partnership property;

g)    improvements and betterments in buildings not owned by the Insured;

h)    property whilst in the due course of Transit; and

i)    crude petroleum and its products, products of natural gas, or other minerals, after initial recovery above ground; and all other products held for sale, (including products used in the manufacturing and packaging thereof), hereinafter referred to as Stock.

**2.    PROPERTY EXCLUDED**

This Section of the Policy does not cover physical loss or damage to the following properties:

a)    accounts, bills, currency, deeds, aircraft, satellites, furs, jewelry, precious and semi-precious stones and precious metals (except when used in catalysts or in equipment);

b)    crops, standing timber, or animals;

18/19 All Risk Property Damage including Time Element

Section I – Physical Damage
Page 5 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

Dated 12/14/2018

c)      land, except earthen dams, dikes, cooling canals, and the capital value of improvements to land;

d)      personal property while in due course of ocean marine transit;

e)      crude oil, natural gas or other minerals, which in situ, prior to recovery above ground;

f)      watercraft;

g)      owned electrical transmission lines, distribution lines, towers and poles except those situated not more than one thousand (1,000) feet from premises insured hereunder;

h)      Nuclear Power plants, including all auxiliary property on a Nuclear Site;

i)      Property located offshore or beyond the shoreline (in Gulf of Mexico off Texas and Louisiana, "offshore and beyond the shoreline" is to seaward of the inland edge of the Lease Block of the Plane Coordinate System, as defined on United States Department of the Interior, Bureau of Land Management Offshore Leasing Maps. Elsewhere, offshore shall mean the sea coasts of United States including Alaska), except that structures (and their contents) extending from land or shore are not to be considered as offshore;

j)      underground mines and any property contained therein.


## 3.    PERILS INSURED

This Section of the Policy insures all risks of direct physical loss or damage occurring during the Term of Insurance to Property Insured except as excluded herein.


## 4.    PERILS EXCLUDED

This Section of the Policy does not insure against:

a)      loss of use, delay or loss of market (except as covered elsewhere herein);

b)      any fraudulent or dishonest act or acts, or infidelity committed alone or in collusion with others;

   (1)     by any proprietor, partner, director, trustee, officer or employee of the Insured, whether or not such acts are committed during regular business hours; or

   (2)     by any proprietor, partner, director, trustee, or officer of any proprietorship, partnership, corporation or association (other than a common carrier) engaged by the Insured to render any service or perform any act in connection with property insured under this Policy;

   however, this exclusion shall not apply to physical loss or damage resulting from fraudulent or dishonest act or acts, or infidelity of the parties referred to in (1) and (2) above, but theft by such parties is not insured.

18/19 All Risk Property Damage including Time Element

Section I – Physical Damage
Page 6 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

c)     mysterious disappearance, or loss or shortage disclosed on taking inventory or audit, except as provided elsewhere herein;

d)     faulty or defective workmanship, material, construction or design;

e)     gradual deterioration, depletion, rust or gradual corrosion; ordinary wear and tear; inherent vice or latent defect;

The exclusions of faulty or defective workmanship, material, construction or design and inherent vice or latent defect, shall not apply to the mechanical or electrical breakdown of an Object; however, Insurers shall not be liable for the costs of rectifying or making good such faulty or defective workmanship, material, construction or design.

f)     gradual settling, cracking, shrinking, bulging, or expansion of pavements, foundations, walls, floors, or ceilings;

g)     insects or vermin damage;

With respect to d) through g) above, it is understood and agreed that if physical damage not excluded by this Policy results, then only that resulting loss or damage is insured.

h)     any loss or damage arising directly or indirectly from confiscation, nationalization or expropriation;

i)     (1)     asbestos material removal unless the asbestos itself is damaged by a peril insured by this Policy;

       (2)     demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos material;

       (3)     any governmental direction or request declaring that asbestos material present in or part of or utilized on any undamaged portion of the Insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified;

j)     any loss or damage caused by nuclear reaction, nuclear radiation, or radioactive contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate, or remote or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in the Policy except:

       if fire ensues, liability is specifically assumed for direct loss by such ensuing fire but not including any loss due to nuclear reaction, nuclear radiation, or radioactive contamination;

       the Insurers shall be liable for physical loss or damage caused by sudden and accidental radioactive contamination including resultant radiation damage, for each occurrence, from material used or stored or from processes conducted on insured premises, provided, at the time of loss, there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction nor any new or used nuclear fuel on the insured premises;

k)    this Policy does not cover loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority (NMA 464);

l)    loss, damage, costs or expenses in connection with any kind or description of seepage and/or pollution and/or contamination, direct or indirect, arising from any cause whatsoever.

NEVERTHELESS if a peril not otherwise excluded from this Policy ensues directly or indirectly from seepage and/or pollution and/or contamination, then any physical loss or damage insured under this Policy arising directly from that ensuing peril shall (subject to the terms, conditions and limitations of the Policy) be covered.

However, if the insured property is the subject of direct physical loss or damage for which Insurers have paid or agreed to pay then this Policy (subject to its terms, conditions and limitations) insures against direct physical loss or damage to the Property Insured caused by resulting seepage and/or pollution and/or contamination.

In such case, the Insured shall give notice to the Insurers of intent to claim NO LATER THAN TWELVE (12) MONTHS AFTER THE DATE OF THE ORIGINAL PHYSICAL LOSS OR DAMAGE).

m)    Earthquake in California, Hawaii, Alaska, or Puerto Rico.

## 5.   VALUATION

At the time of loss, the basis of valuation will be as stated below or herein.

a)    (1)    <u>Real and Personal Property</u>:  The Replacement Cost, except Actual Cash Value if not repaired or replaced,

(2)    <u>Catalysts</u>: Actual Cash Value taking into account the remaining use of life.

b)    <u>Raw materials, supplies, commodities and other merchandise not manufactured by the Insured</u>:  The Replacement Cost, unless contracted for sale to others, in which case at the greater of the contract selling price or the replacement cost.

c)    <u>Stock in process</u>:  The value of raw materials and labor expended plus the proper proportion of overhead charges and profit.

d)    <u>Finished goods manufactured by the Insured</u>:  The regular cash selling price at the location where the loss occurs, less all discounts and charges to which the merchandise would have been subject had no loss occurred.

e)    <u>Stipulated Loss Value</u>: where the Insured is contractually obligated to insure specific property for a stipulated loss amount, then in the event of a loss, this Policy will provide for the stipulated loss value regardless of whether such property is replaced. However, in no event shall this amount exceed the Replacement Cost Value of such

18/19 All Risk Property Damage including Time Element

Section I – Physical Damage
Page 8 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

property (plus in addition the covered cleanup costs). In the event of a loss up to USD 250,000,000, regardless whether the affected property is replaced, the loss settlement will be on replacement cost basis. In the event of a loss in excess of USD 250,000,000 and the insured does not replace the affected property, the loss settlement will be on the basis of Actual Cash Value with a minimum of USD 250,000,000

f)    <u>Repairs Performed by Owned Facilities</u>:   It is understood and agreed that reimbursement for facilities owned by or under the control of the Insured that perform repair work shall include normal and reasonable overhead expenses.

g)    <u>Brands and Labels</u>:  In case of insured physical loss or damage to property bearing a brand or trademark, or the sale of which in any way carries or implies the guarantee or the responsibility of the manufacturer or Insured, the salvage value of such damaged property shall be determined after removal and/or re-identifying in the customary manner of all such brands or trademarks or other identifying characteristics, the cost of such removal being included as part of the loss.

h)    <u>Pair and Set</u>:  For any articles that are part of a pair or set, the measure of damage to such article or articles shall be, at the Insured's option:

(1)    the reasonable and fair proportion of the value of the pair or set, giving consideration to the importance of said article or articles.  In no event shall such loss or damage be construed to mean total loss of the pair or set; or

(2)    the full value of the pair or set, provided that the Insured surrenders the remaining article or articles of the pair or set to the Insurers.

i)    <u>Valuable Papers and Records</u>:  Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed that should valuable papers insured by this Policy suffer physical loss or damage insured by this Policy, then the basis of valuation shall be the cost to repair, replace or restore such media to the condition that existed immediately prior to such loss or damage, including the cost of reproducing any valuable papers.


**6.    DEFINITIONS**

Wherever the following words are used in this Policy, the following definitions will apply:

**a)    <u>Actual Cash Value</u>**

The Replacement Cost less deduction for physical depreciation.

**b)    <u>Finished Stock</u>**

Stock processed or manufactured by the Insured, which in the ordinary course of the Insured's business, is ready for packing, shipment or sale.

**c)    <u>Mechanical and Electrical Breakdown</u>**

That form of Occurrence that is an Accident to an Object, further defined below.

18/19 All Risk Property Damage including Time Element

Section I – Physical Damage
Page 9 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

(1)    Accident

The term Accident shall mean:

a.    a sudden and accidental breakdown of an Object, or any part thereof, which manifests itself at the time of its occurrence by physical damage to the Object that necessitates repair or replacement of the Object or part thereof;

but Accident shall not mean:

b.    the breakdown of any structure or foundation supporting the Object, or any part thereof.

If an initial Accident causes other Accidents, all will be considered "One Accident". All Accidents at any one location which manifest themselves at the same time and are the result of the same cause will be considered "One Accident."

(2)    Object

The term Object shall mean:

a.    any boiler, pressure vessel, refrigeration system or any piping and accessory equipment or;

b.    any electrical or mechanical apparatus used for the generation, transmission, or utilization of mechanical or electrical power;

which has been installed, fully tested and contractually accepted by the Insured and which is being or has been operated at the insured location, in the capacity for which it was designed, as part of the Insured's normal production process or processes.

This Definition shall not apply to loss caused by or resulting from:

(1)    fire concomitant with or following an Accident or from the use of water or other means to extinguish fire, or

(2)    fire outside any electrical machine or electrical apparatus concomitant with or following an Accident or from the use of water or other means to extinguish fire; or

(3)    an Accident caused directly or indirectly by fire or from the use of water or other means to extinguish fire; or

(4)    Flood, Earthquake Shock, wind hail, weight of ice or snow, freezing caused by cold weather, or lightning.

18/19 All Risk Property Damage including Time Element                    Section I – Physical Damage
Page 30 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

d)    **Pollutants**

Any solid, liquid, gaseous or thermal irritant or contaminant including, but not limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons of the environment under any other law, ordinance or regulation; and the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

e)    **Raw Stock**

Materials in the state in which the Insured receives them for the conversion by the Insured into finished stock.

f)    **Replacement Cost**

The amount it would take to repair or replace the damaged or destroyed property with materials of like kind and quality, without deduction for depreciation or obsolescence and including the Insured's overhead, and normal and customary profit should the Insured participate in the repair or replacement of damaged property, all determined at the time and place of loss, it being understood that subject to the Insurers' limit of liability not exceeding the Replacement Cost:

(1)    the Insured shall have the option to rebuild or replace the insured property by a construction or type superior to or more extensive than its condition when new;

(2)    the Insured shall have the option of replacement with electrical and mechanical equipment having technological advantages and/or representing an improvement in function and/or forming part of a program or system enhancement.  The Insurers shall be allowed to dispose of, as salvage, any non-proprietary property deemed unusable by the Insured;

(3)    the Insured may elect to replace the Real Property lost, damaged, or destroyed at an alternative site;

provided that the above provisions shall not serve to increase the liability of the Insurers for loss hereunder.

g)    **Salvage Value**

Stated value by the Insured for equipment that is idle.

h)    **Stock in Process**

Raw stock which has undergone any aging, seasoning, mechanical or other process of manufacture, but which has not become finished stock.

18/19 All Risk Property Damage including Time Element                Section I – Physical Damage
                                                                        Page 31 of 41

Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

# SECTION II – TIME ELEMENT COVERAGE

## 1.    BUSINESS INTERRUPTION

This Section of the Policy covers actual loss sustained by the Insured resulting from the necessary interruption of business caused by direct physical loss or damage, by a peril insured against, to property insured herein, occurring during the Term of Insurance.

## 2.    EXTRA EXPENSE

In case of direct physical loss of or damage to property insured hereunder occurring during the Term of Insurance, this Section of the Policy will also indemnify the Insured for Extra Expenses necessarily incurred by the Insured in continuing as nearly as practicable Normal business activities, providing always that such loss or damage was caused by an insured peril.

## 3.    CONTINGENT BUSINESS INTERRUPTION AND CONTINGENT EXTRA EXPENSE

This Section of the Policy is extended to cover within the Limits of Liability the loss resulting from the necessary interruption of business and/or Extra Expense necessarily incurred due to direct physical loss or damage to or destruction of property of a type not otherwise excluded by this Policy of:

a)    the facilities of direct suppliers of the Insured;

b)    the facilities of direct receivers or distributors or customers of the Insured;

c)    the facilities of transport companies not owned or operated by the Insured;

Except this coverage shall not include the loss of business income or extra expense of a trading operation.

## 4.    INTERDEPENDENCIES

This Section of the Policy covers the loss resulting from the necessary interruption of business and/or Extra Expense as insured against hereunder sustained within and among companies or corporations owned, controlled or which are subsidiaries of the Insured or joint ventures or partnerships, in which the Insured has an interest and which are insured hereunder.

## 5.    EXPENSES TO REDUCE LOSS

This Section of the Policy also covers such expenses as are necessarily incurred for the purpose of reducing loss under this Policy and such expenses, in excess of Normal, as would necessarily be incurred in replacing any finished stock used by the Insured to reduce lo...

18/19 All Risk Property Damage including Time Element                                Section II – Time Element Coverage
Page 32 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

under this Policy; but in no event shall the aggregate of such expenses exceed the amount by which the loss under this Policy is thereby reduced.

**6.    INGRESS/EGRESS**

This Section of the Policy also covers the loss resulting from the necessary interruption of business and/or Extra Expense at a location owned or operated by the Insured, at which ingress and/or egress is prevented or restricted due to physical loss or damage caused by a Peril Insured hereunder, at the location to which ingress and/or egress is prevented or within one (1) statute mile thereof, for a period not to exceed the sublimit stated in the Declarations.

This coverage extension shall also apply to ingress and/or egress which is prevented during any applicable waiting period to the extent that such actions cause an increase in the amount of time after the waiting period during which business is interrupted.

**7.    TAX TREATMENT OF TIME ELEMENT LOSS PROCEEDS**

It is agreed this Section of the Policy covers the loss, if any, sustained by the Insured resulting from the tax treatment of Time Element loss proceeds which differ from the tax treatment of profits that would have been earned by the Insured had no loss occurred.

**8.    BASIS OF RECOVERY**

a)    Recovery in the event of loss hereunder shall be the actual loss sustained by the Insured directly resulting from such interruption of business, but not exceeding the reduction in gross earnings less charges and expenses which do not necessarily continue during the interruption of business, not exceeding the Period of Indemnity as defined herein. Due consideration shall be given to:

(1)    the continuation of normal charges and expenses, including payroll expense, to the extent necessary to resume operations of the Insured with the same quality of service which existed immediately preceding the loss; and

(2)    as respects property insured hereunder while in the course of construction, erection, installation or assembly, the available experience of the business after completion of the construction, erection, installation or assembly.

b)    It is a condition of the insurance under this Section II that if the Insured could reduce the loss resulting from the interruption of business by:

(1)    complete or partial resumption of operation of the property herein described, whether damaged or not, or

(2)    making use of Raw Stock, Stock in Progress or Finished Stock at the locations described herein or elsewhere, or

(3)    making use of Merchandise at the locations described herein or elsewhere, or

(4)    making use of other property at the locations described herein or elsewhere,

18/19 All Risk Property Damage including Time Element

Section II – Time Element Coverage
Page 33 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

Such reduction shall be taken into account in arriving at the amount of loss hereunder.

Notwithstanding any provisions to the contrary,

(1)     gross earnings coverage based upon loss of production at the impacted refinery shall be valued with the prevailing daily market pricing during the interruption of the business.

(2)     if as a result of the loss, other refineries increase production and realize incremental earnings during the Period of Indemnity, such incremental earnings shall be credited against the BI claim value at the impacted refinery.

(3)     additional revenue generated by non-impacted facilities (other than the amount specified in item 2 above) resulting from increased commodity market pricing during the Period of Indemnity shall not be used to offset the value of the claim.

c)    <u>Extra Expense</u>

Extra Expense means the total cost of conducting the Insured's business during the period of restoration which exceeds the cost of conducting such business that would have been incurred had no loss occurred, but excluding

(1)     any direct or indirect expense for physical property unless incurred to reduce Extra Expense loss, and then not to exceed the amount by which such loss is reduced with due consideration for the salvage value of such property, and

(2)     any loss of Gross Earnings.

## 9.    RESUMPTION OF OPERATIONS

It is a condition of this insurance that if the Insured could reduce the loss resulting from the interruption of business,

a)    by complete or partial resumption of operation of the property herein described, whether damaged or not, or

b)    by making use of other property at the location of the loss or damage or elsewhere, or

c)    by making use of Stock (Raw, In Process or Finished) at the location of the loss or damage or elsewhere,

then such reduction shall be taken into account in arriving at the amount of loss hereunder.

## 10.    DEFINITIONS

a)    **<u>Gross Earnings</u>**

For the purpose of this insurance, "Gross Earnings" are defined as the sum of:

18/19 All Risk Property Damage including Time Element

Section II – Time Element Coverage
Page 34 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

(1)    The total net sales value of production

(2)    Total net sales of merchandise, and

(3)    Other earnings derived from operations of the business;

less the cost of:

(1)    raw stock from which such production is derived,

(2)    supplies consisting of materials consumed directly in the conversion of such raw stock, or in supplying the services sold by the Insured, but limited to the cost of materials consumed that do not continue under contract.

(3)    Merchandise sold, including packaging materials therefore, and

(4)    Service(s) purchased from outsiders (not employees of the Insured) for resale which do not continue under contract.

No other costs shall be deducted in determining gross earnings.

**b)**    <u>**Normal**</u>

The condition that would have existed had no loss occurred.

**c)**    <u>**Period of Indemnity**</u>

The period of time commencing with the date of the direct physical loss or damage but not exceeding the length of time as would be required, with the exercise of due diligence and dispatch, to rebuild, repair or replace the lost, destroyed or damaged property and not limited by the expiration of this Policy. However, Insurers' liability for loss shall not exceed a period of indemnity of twenty-four (24) months after application of the Retentions.

## 11.   EXCLUSIONS

a)    Non-availability of funds for the repair or replacement of lost or damaged property Import, export, or customs restrictions or regulations;

b)    Suspension, lapse or cancellation of any contract, permit, lease, license, steam sales agreement, or power sales agreement;

c)    Failure of any Insured to obtain, maintain or extend any contract, permit, lease, license, steam sales agreement, or power purchase agreement;

d)    Failure of any Insured to use due diligence and dispatch in restoring the damaged property to the condition existing immediately prior to loss or damage;

e)    Interference at an insured location caused by boycott, striker or other persons involved with building repairing, replacing, manufacturing, or supplying the property insured or services thereof;

18/19 All Risk Property Damage including Time Element      Section II – Time Element Coverage
Page 35 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

Dated 12/14/2018

f)   Loss occasioned by the failure or inability to collect amounts from customers for work performed or services provided;

g)   Any loss during any period in which goods would not have been produced or operations or services would not have been maintained, for any loss or reason other than direct physical loss or damage resulting from covered causes of loss.



# SECTION III – COVERAGE EXTENSIONS

Unless stated otherwise, the following coverage extensions apply to both physical damage and time element, and are part of the overall Policy limit.  Some coverage extensions are subject to sublimits as stated in the Declarations.

1.    **ACCOUNTS RECEIVABLE**

It is understood and agreed that this Policy covers accounts receivable due the Insured from customers provided the Insured is unable to effect collection thereof as a result of physical loss or damage to records of accounts receivable caused by an insured peril up to the sublimit stated in the Declarations.

When there is proof that a loss to records of accounts receivable has occurred but the Insured cannot more accurately establish the total amount of accounts receivable outstanding as of the date of such loss, the amount will be computed as follows:

a)    the monthly average of accounts receivable during the last available twelve months, together with collection expenses in excess of normal collection costs and made necessary because of such loss or damage and reasonable expenses incurred in re-establishing records of accounts receivable following such loss or damage, will be adjusted in accordance with the percentage increased or decreased in the twelve months average of monthly gross revenues which may have occurred in the interim;

b)    the monthly average of accounts receivable thus established will be further adjusted in accordance with any demonstrable variance from the average for the particular month in which the loss occurred due consideration also being given to the normal fluctuations in the amount of accounts receivable within the fiscal month involved.

There will be deducted from the total amount of accounts receivable, however established, the amount of such accounts evidenced by records not lost or damaged, or otherwise established or collected by the Insured, and an amount to allow for probable bad debts which would normally have been uncollectible by the Insured.

2.    **AMMONIA CONTAMINATION COVERAGE**

The Insurer's liability for loss, including salvage expense, with respect to damage by ammonia contacting or permeating property under refrigeration or in process requiring refrigeration, resulting from an Accident to an Object.

3.    **CIVIL/MILITARY AUTHORITY**

Notwithstanding anything contained in this section, it is understood and agreed that property which is insured under this Policy is also covered against the risk of damage or destruction by civil or military authority during a conflagration and for the purpose of retarding same, up to the sublimit stated in the Declarations.

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
Page 37 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

In addition, this Policy is extended to include the actual loss resulting from the Time Element loss, occurring during the period of time, not exceeding the sublimit stated in the Declarations, while access to any premises of the Insured is prohibited by order of civil or military authority or by OSHA, USEPA, or CSB, but only when such order is given as a direct result of physical damage, from a peril insured against, to property on or within one (1) statute mile of the Insured's premises.

This coverage extension shall also apply to orders of civil, governmental or military authorities during any applicable waiting period to the extent that such actions cause an increase in the amount of time after the waiting period during which business is interrupted.

## 4.    CLAIM PREPARATION EXPENSE

It is understood and agreed that this Policy covers expenses incurred by the Insured's auditors or consultants for producing and certifying particulars or details of the Insured's business required by Insurers in order to arrive at the amount of loss payable under this Policy.  Such expenses shall be limited to the sublimit stated in the Declarations, excluding expenses of public adjusters or attorneys.

## 5.    COURSE OF CONSTRUCTION

This Policy will provide automatic coverage for property of any kind and description in the course of construction, installation, repair, renovation and the like, at existing locations or new locations where such is of an incidental nature, including coverage for third party projects where such work is carried out by or on behalf of the Insured.  Incidental shall be understood to mean jobs where the total contract value does not exceed the sublimit stated in the Declarations, per location. In the event of coverage being required for jobs in excess of the sublimit stated in the Declarations, information, including contract period and any testing period is to be provided to Insurers for their consideration and agreement prior to commencement of the contract.

Coverage shall also include, but not be limited to, acid boil-out, mechanical, aerostatic, hydrostatic and pneumatic testing procedures and shall also include all types of facility or partial testing of units consisting principally of, but not limited to, gas pipelines, compressor stations, and turbine generator and boiler units.  The interest of contractors and/or sub-contractors is hereby assumed for work being performed for the Insured including temporary structures, tools, equipment and materials incidental to such work.

Coverage under this extension excludes the loss of potential Gross Earnings, otherwise known as Delay in Start Up or Advance Loss of Profits.

Coverage under this extension applies until substantial completion or date of commercial operations at which point coverage applies elsewhere herein.

It is understood and agreed that maintenance and turnaround work performed by the Insured and the Insured's contractors shall be considered operational property risk, and shall not be limited by this coverage extension.

18/19 All Risk Property Damage including Time Element                          Section III – Coverage Extensions
Page 38 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

Dated 12/14/2018

6.    **DEBRIS REMOVAL**

Nothing contained in this Clause shall override any seepage and/or pollution and/or contamination exclusion or any radioactive contamination exclusion or any other exclusion applicable to this Policy.  The inclusion of this Clause shall in no event increase the limit of liability of Insurers under this Policy or any endorsement applicable to this Policy.

a)    In the event of insured physical loss or damage to property for which Insurers agree to pay hereunder or which, but for the application of a retention or underlying amount they would agree to pay, this Policy also insures, subject to the limitations below and the terms and conditions of the Policy, the expense;

(1)    which is reasonable and necessarily incurred by the Insured in the removal, from the premises of the Insured at which the insured physical loss or damage occurred, of debris which results from such loss or damage to insured property, or debris of property which is not insured hereunder that is windblown, waterborne or otherwise deposited on the Insured's premises, up to the sublimit stated in the Declarations; and

(2)    of which the Insured becomes aware and advises the amount to Insurers hereon within one year of the commencement of such loss or damage;

b)    The maximum amount of expense recoverable hereunder for removal of debris shall be the sublimit stated within the Declarations.

7.    **DEMOLITION AND INCREASED COST OF CONSTRUCTION DUE TO LAW OR ORDINANCE**

In the event of physical loss or damage insured under this Policy that causes the enforcement of any law or ordinance in force at the time of such loss or damage regulating the construction or repair of damaged facilities, Insurers shall also be liable for the following in any one occurrence up to the sublimit stated in the Declarations:

a)    the increased cost of demolishing the undamaged facility including the cost of clearing the site;

b)    the increased cost of rebuilding the damaged and the demolished undamaged Property Insured on the same or another site in a manner to fully satisfy the minimum requirement of such law or ordinance; and

c)    any Time Element coverages afforded by this Policy arising out of the additional time required to comply with said law or ordinance.

8.    **DEMURRAGE**

This Policy covers demurrage charges incurred by the Insured as a result of a delay in loading or unloading of vessels, containers, rail cars or other transportation or storage mediums due to physical loss as insured by this Policy, subject to the sublimit stated in the Declarations. The term "demurrage" is defined as the additional cost of expense incurred by the Insured or the Insured's loss of dispatch credit.

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
Page 39 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

9.    **EXPEDITING EXPENSE**

This Policy shall also pay the Insured for the reasonable extra cost of temporary repair and of expediting the repair of such damaged property of the Insured, including overtime and the extra cost of express or other rapid means of transportation, and the cost of installation and removal of spare equipment, subject to the sublimit stated within the Declarations.

10.    **FINE ARTS**

This Policy covers physical loss or damage to Fine Arts by a peril insured against by this Policy.  Fine Arts means any work of art, including but not limited to, paintings, etchings, pictures, rare books, manuscripts, tapestries, valuable rugs, statuary marbles, bronzes, antique furniture, antique silver, coins and coin collections, jewelry, porcelains, rare glass, and bric-a-brac of rarity, historical value or artistic merit.  Recovery will be on the basis of the fine arts appraised value or fair market value, whichever is greater up to the sublimit stated in the Declarations.

11.    **FIRE BRIGADE CHARGES AND EXTINGUISHING EXPENSES**

If property insured is destroyed or damaged by a peril insured against hereunder, this Policy shall cover:

a)    fire brigade charges and other extinguishing expenses for which the Insured may be assessed; and

b)    the cost of fire extinguishing materials and/or equipment expended, lost or destroyed;

subject to the sublimit stated in the Declarations.

12.    **HAZARDOUS SUBSTANCES**

If, as a result of an Occurrence insured hereunder, any property insured by this Policy is damaged, contaminated or polluted by a substance declared by an authorized governmental agency to be hazardous to health, then Insurers shall be liable under this Policy and any of its endorsements, for the additional expenses incurred for cleanup, repair or replacement, and/or disposal of such damaged, contaminated or polluted property.  As used here, additional expenses shall mean expenses incurred beyond those for which Insurers would have been liable if no substance, so declared as hazardous to health, had been invoiced in the Occurrence.

13.    **IMPOUNDED WATER**

In the event that water, used as a raw material or for other purposes, stored behind dams or in reservoirs, is released from storage as a result of damage to, or destruction of, such dam, reservoir, or equipment connected therewith, by any peril insured against, this Policy covers the loss, as insured by this Policy, resulting directly from lack of adequate water supply from such sources to the Insured's premises.

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
                                                                                                    Page 20 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

14. **IMPROVEMENTS AND BETTERMENTS**

This Policy shall cover loss or damage, if any, to improvements and betterments to buildings. In the event of loss or damage, this Company agrees to accept and consider the Insured in the position of sole and unconditional owner of improvements and betterments for any contract or lease the Insured may have made to the contrary notwithstanding.

15. **LEASEHOLD INTEREST**

In the event of physical loss or damage insured herein during the Term of Insurance to real property, which is leased by the Insured, subject to the sublimit stated in the Declarations, this Policy is extended as follows:

a)    If as a result of such loss or damage the property becomes wholly untenantable or unusable and the lease agreement requires continuation of the rent, the Insurers shall indemnify the Insured for the actual rent payable for the unexpired term of the lease; or

b)    if as a result of such loss or damage the property becomes partially untenantable or unusable and the lease agreement requires continuation of the rent, the Insurers shall indemnify the Insured for the proportion of the rent applicable thereto; or

c)    if as a result of such loss or damage the lease is canceled by the lessor pursuant to the lease agreement or by operation of law, the Insurers shall indemnify the Insured for its Lease Interest for the first three months following the loss or damage and for its Net Lease Interest for the remaining unexpired term of the lease, provided that the Insurers shall not be liable for any increase in the amount recoverable hereunder resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured which constitutes a default under the lease; and provided further that the Insured shall use any suitable property or service owned or controlled by the Insured or obtainable from another source to reduce the loss hereunder, the actual rent payable for the unexpired term of the lease;

Lease Interest is defined as the excess rent paid for the same or similar replacement property over the actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

Net Lease Interest is the sum, when placed at the interest rate on the day of the loss or damage and compounded annually, would equal the Lease Interest, less any amounts otherwise payable under this section, subject to the sublimit stated in the Declarations.

16. **NEWLY ACQUIRED LOCATIONS**

This Section is automatically extended to cover additional property and/or interests which may be acquired or otherwise become at the risk of the Named Insured during the period of this Policy.

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
Page 21 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

If the reportable values exceed the sublimit amount stated in the Declarations of this policy; information is to be provided to Underwriters not later than ninety (90) days from the date the property and/or interests have become at the risk of the Named Insured. Underwriters agree to provide coverage for the full period that the property and/or interests are at the risk of the Named Insured, or for the remainder of the policy period. Underwriters reserve the right to charge an additional premium for Newly Acquired Property declared for such coverage at rates to be agreed. However this extension is not applicable to additional property and/or interests located in the State of California and locations within the New Madrid Fault Zone in the States of Illinois, Arkansas, Kentucky, Indiana, Mississippi, Missouri, or Tennessee.

## 17.    OFF PREMISES SERVICE INTERRUPTION

This Policy is extended to cover the physical loss or damage to insured property and/or the time element loss as insured by this Policy, including consequential loss or damage therefrom, which is caused by a service interruption resulting from physical loss or damage by an insured peril to electric, steam, gas, water, telephone and other transmission lines and related plants, substations and equipment, all being the property of others not insured hereunder, whether located on or outside the Named Insured's premises, up to the sublimit stated in the Declarations.

## 18.    POLLUTION CLEAN-UP (LAND & WATER) EXTENSION

In consideration of the premium charged, subject to the sublimit stated in the declarations section, it is understood and agreed that this insurance is extended to indemnify the Insured for expenses actually incurred to cleanup and remove pollutants from land or water on the Insured's premises, if the release, discharge or dispersal of pollutants is sudden and accidental and results from direct physical loss of or damage to insured property occurring during the Term of Insurance, caused by loss recoverable under this Policy. Such coverage is subject to the Insured discovering the physical loss or damage within seventy-two (72) hours of its occurring and reporting same to Insurers in writing within ninety (90) days of the physical loss or damage stating the specific site and time of the incident.

## 19.    PORT BLOCKAGE

This Policy is extended to include, subject to the sublimit stated in the Declarations, loss resulting from:

a)    vessels or conveyances being denied access to or egress from a Facility of the Insured or a third party due to or arising out of physical loss of or physical damage to any property, including, but not limited to, the sinking or abandonment of any vessel, conveyance or other property which blocks access to or renders non-operation a Facility;

b)    delayed delivery or non-delivery of cargo, feedstock or other property resulting from:

(1)    foul berthing of a vessel or conveyance at a Facility;

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
                                                                                                        Page 22 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

(2)     closure of a Facility by governmental or other authorities and/or the refusal of any such authority to allow a vessel or conveyance to enter and/or discharge cargo, feedstock and/or other property in the authority's territorial waters and/or at any facility;

(3)     the refusal of a master to proceed into a Facility or through any area through which a vessel or conveyance must pass in order to reach Facility on the grounds that such Facility or area is dangerous, where the master's decision is upheld at law or where the Underwriters agree that it would be upheld;

(4)     the emergency partial or total closure of any road, railway, bridge or other system of transportation by or under the lawful order of authority or under the lawful authority of any police, fire or other emergency service, which prevents access to or egress from any Facility.

As used in this extension, the word "Facility" shall mean any port, terminal, dock, wharf, jetty or similar property or vessel loading or unloading facilities.

## 20.    PROFESSIONAL AND OTHER FEES

This Policy includes, within the repair and/or replacement costs, the expenses of the Insured for architects, surveyors, consulting engineers, legal and other professional fees; contributions or other imposts payable to any government, local government or other statutory authority; and other fees necessarily and reasonably incurred in the reinstatement of the property insured consequent of its loss, destruction or damage by a peril insured against hereunder.

## 21.    RENTAL VALUE

In case of insured physical loss of or damage to Property Insured, this Policy shall also indemnify the Insured within the Limits of Liability up to the sublimit stated in the Declarations for loss of rental value during the period of untenantability providing always that such loss or damage is caused by an insured peril and renders the property wholly or partially untenantable whether such property is rented or not.

For the purpose of this insurance rental value is defined as the sum of:

a)     the total anticipated gross rental income from tenant occupancy of the described property;

b)     the amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be obligations of the Insured; and

c)     the fair rental value of any portion of said property which is occupied by the Insured.

In determining rental value due consideration shall be given to the rental experience before the date of damage or destruction and the probable experience thereafter had no loss occurred.

18/19 All Risk Property Damage including Time Element                         Section III – Coverage Extensions
                                                                                  Page 23 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

22. **TRANSIT**

This Policy insures physical loss or damage up to the sublimit stated in the Declarations to Property Insured while in transit by an insured peril (including general average and salvage charges) within the Territorial Limits as defined herein.  In addition, the loss resulting from the necessary interruption of business and/or Extra Expense resulting from physical loss or damage to property in transit is covered.

Transit means all shipments within and between the territory of this Policy, including intercoastal and inland waterways, but not ocean marine transit, by any means of conveyance, from the time the property is moved for purpose of loading and continuously thereafter while awaiting and during loading and unloading and in temporary storage, including temporary storage on any conveyance, including during deviation, delay and consignment until safely delivered into place of final destination.

As respects this Transit Coverage:

a)      the Insured may waive right(s) of recovery against private and contract carriers and accept bills of lading or receipts from carriers, bailees, warehousemen, or processors limiting their liability, but this transit insurance will not inure to the benefit of any carrier, bailee, warehouseman or processor;

b)      the Insurers agree to waive their rights of subrogation against consignees at the option of the Insured for shipments made under F.O.B. or similar terms;

c)      the Insured is not to be prejudiced by any agreements exempting lightermen from liability;

d)      seaworthiness of any vessel or craft is admitted between the Insurers and the Insured;

23. **UNSCHEDULED LOCATIONS**

It is understood and agreed that this Policy provides coverage for Property Insured while at miscellaneous unscheduled locations subject to the sublimit stated in the Declarations. Coverage is provided under this provision for the perils of Earthquake, Flood and Named Windstorm damage; however, subject to separate sublimit stated in the Declarations. Additionally, no Time Element coverage is provided under this provision.

24. **VALUABLE PAPERS AND RECORDS**

This Policy covers physical loss or damage to Valuable Papers and Records by a peril insured against, up to the sublimit stated in the Declarations.  Valuable Papers means, but is not limited to, written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages, and manuscripts, but does not mean money or securities or electronic data processing media.

18/19 All Risk Property Damage including Time Element                    Section III – Coverage Extensions
                                                                                                        Page 24 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

## 25.   WATER DAMAGE

The Insurer's liability for loss, including salvage expense, with respect to damage by water contacting or permeating property under refrigeration or in process requiring refrigeration, resulting from an Accident to an Object.

18/19 All Risk Property Damage including Time Element          Section III – Coverage Extensions
Page 25 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

# GENERAL CONDITIONS

The following conditions apply to all sections of the Policy, except where noted. The terms and conditions of the various sections and/or sub-sections of this Policy shall supersede those set forth in these general conditions wherever the same may conflict.

1.    **OCCURRENCE DEFINITION**

Occurrence shall mean any one loss, disaster or casualty or series of losses, disasters or casualties arising out of one event.

When the term "Occurrence" applies to losses from Earthquake, Flood, Named Windstorm or riot, it shall be held to include those losses occurring or commencing during a period of seventy-two (72) consecutive hours after the inception date of this Policy. The Insured may elect the moment when the seventy-two (72) hour period shall be deemed to have commenced.

If this insurance should expire or be cancelled while any occurrence or disaster is in progress, it is understood and agreed that Insurers are responsible as if the entire loss had occurred prior to termination of this insurance.

2.    **EARTHQUAKE DEFINITION**

The term "Earthquake" shall mean earth movement due to seismic activity. The term "Earth Movement" shall mean landslide, mudslide, sinkhole, ground subsidence, volcanic eruption, or any other earth movements.

3.    **FLOOD DEFINITION**

The term "Flood" shall mean flood water, waves, tide or tidal after, tsunami, the release of water, the accumulation of rain or surface water, or the rising of lakes, ponds, reservoirs, rivers, harbours, streams or other natural or man-made bodies of water. However, storm surge, wind driven rain, wind driven water, breaking or overflowing of boundaries, with or occurring in conjunction with a storm or weather disturbance which is identified by name by any metrological authority, such as the U.S. National Weather Service or National Hurricane Center, are not considered as flood.

4.    **NAMED WINDSTORM DEFINITION**

The term "Named Windstorm" shall mean direct action of wind including, but not limited to, storm surge, wind-driven rain or water and objects driven by wind, breaking or overflowing of boundaries, when in association with or occurring in conjunction with a storm or weather disturbance which is identified by name by any metrological authority, such as the U.S. National Weather Service or National Hurricane Center, whether or not such storm or weather

18/19 All Risk Property Damage including Time Element

General Conditions
Page 26 of 41
Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_ Policy Form Property 18-19 PES 2018.10.24.docx

disturbance is named prior to loss or damage. However, Named Windstorm does not include flood damage as defined under flood in this Policy.

## 5.    ADDITIONAL INSURED(S)

It is agreed that the unqualified word "Insured" wherever used includes any person or organization to whom or to which the Insured is obligated by virtue of a written contract to name such person or organization as an Additional Insured, but only with respect to operations performed by or obligations required of the Insured to or for the Additional Insured under the terms and conditions of said contract.

The limits and/or coverage available to the Additional Insured shall be those agreed to by virtue of a written contract between the Insured and such Additional Insured but in no event to exceed the limits in aggregate and coverages provided by this Policy.  Furthermore, but only to the extent required by contract, this Policy will respond primary to and without contribution from any valid and collective insurance of such Additional Insured.

## 6.    CURRENCY CLAUSE

Unless specified otherwise, amounts in this Policy are stated in United States currency.  It is also agreed that all Losses hereunder are payable in United States currency unless otherwise designated by the Insured.

## 7.    LOSS CLAUSE

Any loss hereunder shall not reduce the limit of liability of this Policy, except in respect of any peril for which an aggregate limitation is shown herein.

## 8.    ERRORS AND OMISSIONS

It is understood and agreed that any inadvertent error or omission by the Insured in the description or location of properties covered shall not prejudice this insurance, provided that following discovery of such error or omission by Philadelphia Energy Solutions , it is promptly corrected and provided further that Insurers' liability in respect of any such error or omission prior to it being corrected shall be limited to the applicable sublimit specified in the Declarations.

## 9.    CONTROL OF DAMAGED PROPERTY

It is understood and agreed that the Insured shall have full right to the possession of all property involved in any loss under this Policy, and shall retain control of all damaged property. Exercising reasonable discretion, the Insured shall be the sole judge as to whether the property involved in any loss under this Policy is fit for use and no property deemed by the Insured to be unfit for use shall be sold or otherwise disposed of except by the Insured or with the Insured's consent, but the Insured shall allow the Insurers any salvage obtained by the Insured on any sale or other disposition.

18/19 All Risk Property Damage including Time Element

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_ Policy Form Property 18-19 PES 2018.10.24.docx

General Conditions
Page 27 of 41
Dated 12/14/2018

## 10.    SUE AND LABOR

In case of actual or imminent physical loss or damage of the type insured against, it shall be lawful and necessary for the Insured, their factors, servants and assigns, to sue, labor and travel for, in and about the defence, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or the Insurers in recovering, saving and preserving the property insured in case of loss or damage be considered a waiver or an acceptance of abandonment.  The expenses so incurred shall be borne by the Insured and Insurers proportionately to the extent of their respective interests and be subject to the applicable retention.

## 11.    CLAIMS NOTIFICATION

The Insured, upon knowledge of any occurrence likely to give rise to a claim hereunder, shall give prompt advice thereof to the party named for such purpose in the Declarations.  Such advice of any occurrence should state the time, date, place, approximate cause, and the estimated amount of loss or damage.

In addition, the Insured is hereby permitted to immediately make all necessary repairs or replacements.

## 12.    CLAIMS ADJUSTERS

In the event of a loss that may involve this insurance, the Insured may appoint, on behalf of the Insurers, any of the following loss adjusters without seeking the prior approval of the Insurers:

- ▪    John Nelson, Integra Technical Services
- ▪    Charles Klehr, McLarens

or to be mutually agreed by the Insured and Insurers.

It is agreed the adjuster will notify and seek the permission of the Insured prior to retaining other engineers, experts, or consultants to assist in the investigation of the claim.

The adjustment representative will notify the Insurers or their representative of the loss particulars and distribute all loss adjustment reports, updates and correspondence, as appropriate, to the Insurers or their representative, and Philadelphia Energy Solutions and Aon Risk Services.

## 13.    PARTIAL LOSS

In case of partial loss to property covered under this Policy, which can be conveniently and advantageously repaired by the Insured, the Insured may immediately make such repairs.



18/19 All Risk Property Damage including Time Element

General Conditions
Page 28 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

14. **PAYMENT OF LOSS**

All adjusted claims and all requests for interim payments shall be paid or made good to the Insured within thirty (30) days after presentation and acceptance of satisfactory proof of interest and loss at the office of the Insurers.  No loss shall be paid hereunder if the Insured has collected the same from others.

15. **PRIORITY OF PAYMENTS**

In the event of a claim under this Policy, it shall be the sole option of the Insured to apportion recovery under this Policy when submitting final proof of loss, subject to the overall amount of the claim not exceeding the overall limit of liability contained herein for any one occurrence.

16. **PARTIAL PAYMENTS**

In the event of a covered loss hereunder which has been ascertained to be a valid claim under this Policy, the Insurers hereon agree to advance to the Insured mutually agreed upon amounts of the estimated loss prior to production of final proof subject otherwise to all the terms, conditions and retention provisions of this Policy.

Following upon an advance being made to the Insured for a Business Interruption Loss, Insurers agree to sign any letters required by the Insured's Auditors which would allow the Insured to book the revenue in accordance with GAAP.  This is subject to no increase in Insurers limit of liability under the Policy.

17. **SUBROGATION**

In the event of any payment under this Policy, Insurers shall be subrogated to the extent of such payment to all the Insured's rights of recovery therefrom.  The Insured shall execute all papers required and shall make all reasonable efforts that may be necessary to secure such rights.

Insurers will act in concert with all other interests concerned, e.g. the Insured and any other Insurer(s) participating in the payment of any loss, in the exercise of such rights of recovery. The Insured will do nothing after the loss to prejudice such rights of recovery.  The apportioning of any amounts which may be so recovered shall follow the principle outlined in the Application of Salvage Recoveries clause herein.

18. **WAIVER OF SUBROGATION**

Insurers will have no rights of subrogation against:

a)    any person or entity, which is an Insured, Additional Insured, Loss Payee and/or Mortgagee under the Policy;

b)    any other person or entity against whom the Insured has waived its rights of subrogation in writing before the time of loss; and

18/19 All Risk Property Damage including Time Element

General Conditions
Page 29 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

c)    any contractor or sub-contractor if such contractor or sub-contractor could charge back to the Insured (or one of its subsidiary or affiliated companies) the amount of any loss or any part thereof recovered by Insurers.

other than as provided for under the Non-Vitiation Clause herein.

## 19.    APPLICATION OF SALVAGE RECOVERIES

All salvages, recoveries or payments recovered or received subsequent to a loss settlement under this Policy shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between the Insured and the Insurers, provided always that nothing in this Policy shall be construed to mean that losses under this Policy are not recoverable until the Insured's loss has been finally ascertained.

Any recoveries from the sale of salvage, after expenses incurred in the recovery of the salvage are deducted, except recovery through subrogation proceedings, shall accrue entirely to the benefit of the Insurers until the sums paid by the Insurers have been recovered.

Any recovery as the result of subrogation proceedings shall accrue to the Insurers and the Insured jointly in the proportion of the amount of loss borne by each.  Expenses necessary to the recovery of any such amounts shall be apportioned between the Insurers and the Insured in the ratio of their respective recoveries as finally settled. If there should be no recovery, the expense of the proceedings shall be borne proportionately by the interests instituting the proceedings.

## 20.    CARRIERS OR OTHER BAILEES

It is warranted by the Insured that this insurance shall not inure directly or indirectly to the benefit of any carrier or other bailee.

## 21.    NO CONTROL

This Insurance shall not be affected by failure of the Insured to comply with any provisions of this Policy in any portion of any premises over which the Insured has no control.

## 22.    APPRAISAL

If the Insured and the Insurers disagree on the amount of loss, either party may make, within sixty (60) days after the Insurers receipt of the proof of loss, written demand for an appraisal of the loss.  Each party will select a competent appraiser.  The two appraisers will then select an umpire, and if they cannot agree within fifteen (15) days on an umpire, either may request that the selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and the amount of the loss.  If they disagree, they will submit their differences to the umpire.  A decision agreed to by any two shall determine the amount of the loss.  The Insured and the Insurers shall bear the expenses of their own appraisers and shall bear equally the expenses of the umpire.  All such appraisal proceedings will be held at an agreed location as agreed by the Insured and Insurers.

18/19 All Risk Property Damage including Time Element                                    General Conditions
Page 30 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

### 23.    OTHER INSURANCE

Except for insurance permitted by the Contributing Insurance clause, the Excess Insurance clause, or the Underlying Insurance clause, this Policy shall not cover to the extent of any other insurance, whether prior or subsequent hereto in date, regardless by whomsoever effected, and whether directly or indirectly covering the same property against the same perils.  Insurers shall be liable for loss or damage only to the extent of that amount in excess of the amount recoverable from such other insurance.

### 24.    PRIMARY INSURANCE

It is understood and agreed to the extent insurance is afforded to any Additional Insured and/or Loss Payee under the Policy, such insurance shall apply as primary and not contributing with any insurance carried by such Additional Insured and/or Loss Payee, as required by written contract.

Nothing herein contained shall be held to waive, vary, alter or extend any condition or provision of the Policy other than as above stated.

### 25.    CONTRIBUTING INSURANCE

Permission is granted to obtain additional policies written upon the same plan, terms, conditions, and provisions as those contained in this Policy.

This Policy shall contribute to the total of each loss otherwise payable hereunder only to the extent of the participation of this Policy in the total limit of liability set forth herein.

### 26.    UNDERLYING INSURANCE

Permission is granted to the Insured to purchase insurance on all or any part of the retention and against all or any of the perils covered by this Policy.  The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this Policy.  Any underlying insurance purchased by the Insured shall be considered "Other Insurance."

### 27.    EXCESS INSURANCE

Permission is granted the Insured to have excess insurance over the limit of liability set forth in this Policy without prejudice to this Policy and the existence of such insurance, if any, shall not reduce any liability under this Policy.

### 28.    SERVICE OF SUIT CLAUSE (NMA 1998)

It is agreed that in the event of the failure of the Insurers hereon to pay any amount claimed to be due hereunder, the Insurers hereon, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States.  Nothing in this clause constitutes or should be understood to constitute a waiver of Insurer's rights to commence an action in any court of competent jurisdiction in the United States, to remove an action

18/19 All Risk Property Damage including Time Element

General Conditions
Page 31 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

United States District Court, or to seek a transfer of a case to another court as permitted by the laws of the United States.

It is further agreed that service of process in such suit may be made upon:

Mendes & Mount
750 Seventh Avenue
New York, New York 10019-6829

and that in any suit instituted against any one of them upon this contract, Insurers will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Insurers in any such suit and/or upon the request of the Insured to give a written undertaking to the Insured that they will enter a general appearance upon Insurer's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, Insurers hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

## 29.    ASSISTANCE AND CO-OPERATION

The Insured shall make all reasonable efforts to submit, and so far as within their power, shall cause all other persons interested in the property and employees to submit to examination under oath by any persons named by Insurers relative to any and all matters in connection with a claim and subscribe the same, and shall produce for examination any applicable books, bills, invoices and other vouchers (or certified copies thereof if originals are lost), at such reasonable time and place as may be designated by the Insured or their representative, and the Insured shall permit extracts and copies thereof to be made.

## 30.    NON-VITIATION

Any non-intentional misrepresentations, non-disclosures, want of due diligence, breach, contravention or violation by the Insured or any other Person of any declarations, conditions or warranties contained in this Policy (other than in respect of deliberate acts or omissions of the Insured) or any foreclosures or change in ownership shall not invalidate the coverages afforded to the assignees of this Policy.

Notwithstanding the above, it is noted and agreed that Insurers' rights of recovery in respect of claims paid or payable against the parties guilty of any fraudulent misrepresentation, non-disclosure, want of due diligence, breach, contravention or violation of any declaration, condition or warranty contained in this Policy shall be maintained.



18/19 All Risk Property Damage including Time Element

General Conditions
Page 32 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

31.    **BANKRUPTCY AND INSOLVENCY**

In the event of bankruptcy or insolvency of the Named Insured, or any other entity comprising the Insured, the Insurers shall not be relieved thereby of the payment of any claims recoverable hereunder because of such bankruptcy or insolvency.

32.    **PERMISSION TO ISSUE 'VERIFICATION OF INSURANCE' CLAUSE**

Permission is granted to Aon Risk Services Southwest, Inc. on behalf of the Insured to issue 'Verification of Insurance' to Additional Named Insureds, Loss Payees, Mortgagees, or Others with an insurable interest evidencing coverage afforded by this Policy subject to the following:

a)    the form to be used for such 'Verification of Insurance' is of a type or kind acceptable to Insurers hereon; and

b)    should Notice of Cancellation be issued by the Insured or by Insurers then Aon Risk Services Southwest, Inc. solely shall be responsible for notifying all Additional Named Insureds, Loss Payees or Mortgagees to whom 'Verification of Insurance' has been issued, in accordance the provisions of the Cancellation Clause contained in the Policy; and

c)    the terms of this Clause are subject to the approval of the Insured without which this Clause shall be null and void with effect from inception date of the Policy.

33.    **LENDERS LOSS PAYABLE CLAUSE**

a)    Loss or damage, if any, under this Policy, shall be paid to any lender designated by the Insured and in possession of a written contract, hereinafter referred to as "the Lender", as their interests may appear, its successors and assigns in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

b)    The insurance under this Policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or chance respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this Policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect or non-compliance with any of the provisions of this Policy, including any and all riders now or hereafter attached thereto, by the Named Insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this clause, or whether before or after a loss, which under the provisions of this Policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the Named Insured, excluding

18/19 All Risk Property Damage including Time Element                        General Conditions
Page 33 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

Dated 12/14/2018

herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

c)    In the event of failure of the Insured to pay any premium or additional premium which shall be or become due under the terms of this Policy or on account of any change in occupancy or increase in hazard not permitted by this Policy, this Insurer agrees to give written notice to the Lender of such non-payment of premium after thirty (30) days from and within one hundred twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Insurer of the failure of the Insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Insurer's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Clause shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

d)    Whenever this Insurer shall pay to the Lender any sum for loss or damage under this Policy and shall claim that as to the Insured no liability therefor exists, this Insurer, at its option, may pay the Lender the whole principle sum and interest and other indebtedness due or to become due from the Insured, whether secured or unsecured, (with refund of all interest not accrued), and this Insurer, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

e)    If there be any other insurance upon the within described property, this Insurer shall be liable under this Policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the Insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Insurer (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

f)    This Insurer reserves the right to cancel this Policy at any time, as provided by its terms, but in such case this Policy shall continue in force for the benefit of the Lender for ninety (90) days after a written notice of such cancellation is received by the Lender and shall then cease.

g)    This Policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable Policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Clause shall have been issued by some insurance Insurer and accepted by the Lender.



18/19 All Risk Property Damage including Time Element

General Conditions
Page 34 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

h)   Should legal title to and beneficial ownership of any of the property covered under this Policy become vested in the Lender or its agents, insurance under this Policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Clause which are not also granted the Insured under the terms and conditions of this Policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

i)   All notices herein provided to be given by the Insurer to the Lender in connection with this Policy and this Lender's Loss Payable Clause shall be mailed to or delivered to the Lender at its office or branch described on the first page of the Policy.

## 34.   INSPECTION AND AUDIT

The Insurers shall be permitted but not obligated to inspect the Insured's property and operations at any reasonable time.  Neither the right to make inspections nor the making thereof nor any advice or report resulting therefrom shall constitute an undertaking, on behalf of or for the benefit of the Insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The Insurers may examine and audit the Insured's books and records at any reasonable time during the Term of Insurance and extensions thereof and within twelve (12) months after the final termination of this Policy, as far as they relate to the subject matter of this insurance.

## 35.   PERMISSION

Permission is hereby granted to the Insured, or any other party acting on behalf of the Insured, to effect contracts or agreements customary or necessary to the conduct of the business of the Insured under which the Insured may assume liability or grant releases therefrom, without prejudice to these insurances, provided such contracts or agreements, oral or written, insofar as they effect any loss hereunder, are concluded prior to such loss, and the rights and obligations of the Insurers shall be governed by the terms of such contracts or agreements.

Permission is also granted for any property to be and remain vacant or unoccupied without limit of time, for existing and increased hazards and for any change in occupancy or use of the premises (but subject to prior reporting and approval of Insurers against additional premium to be agreed), and to make alterations, repairs, and additions to any existing property and to construct new property.

## 36.   DUE DILIGENCE

The Insured shall use due diligence and do and concur in doing all things reasonably possible to avoid or diminish any loss or damage to the property insured herein.

## 37.   ABANDONMENT

There shall be no abandonment to the Insurers of any property.



18/19 All Risk Property Damage including Time Element

General Conditions
Page 35 of 41

Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

**38.    ASSIGNMENT**

Assignment of interest under this Policy shall not bind the Insurers without their specific prior agreement.

**39.    CONFLICT OF WORDING**

Where there is conflict the terms and conditions contained in this Policy shall supersede those of any jacket or pre-printed form(s) to which this Policy is attached except those required by law.

**40.    TITLES OF PARAGRAPHS**

The several titles of the various paragraphs of this form (and of endorsements and supplemental contracts, if any, now or hereafter attached to this Policy) are inserted solely for convenience of reference and shall not be deemed in any way to limit or affect the provisions to which they relate.

**41.    CANCELLATION CLAUSE**

This Policy may be cancelled by the Insured, at any time, by written notice by certified or registered mail with a return receipt or valid proof of delivery to or surrender of the Policy to Insurers. This Policy will terminate on the date specified in such notice.

This Policy may also be cancelled or modified by or on behalf of Insurers, at any time, by delivering to the Insured, by certified or registered mail with a return receipt or other valid proof of delivery, to the Insured's address shown in the Declarations, written notice stating when, not less than NINETY (90) days thereafter, such cancellation or modification shall be effective. However, if the Insured fails to pay premium when due, the Policy may be cancelled by the Insurers per the terms of the premium payment warranty as found in the Declarations page.

**42.    ELECTRONIC DATA EXCLUSION (NMA 2914 AMENDED)**

a)    Electronic Data Exclusion

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:

(1)    This Policy does not insure loss, damage, destruction, distortion, erasure, corruption or alteration of ELECTRONIC DATA caused by COMPUTER VIRUS or loss of use, reduction in functionality, cost, expense of whatsoever nature resulting therefrom, regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

ELECTRONIC DATA means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment

18/19 All Risk Property Damage including Time Element

General Conditions
Page 36 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

and includes programs, software and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

COMPUTER VIRUS means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. COMPUTER VIRUS includes but is not limited to 'Trojan Horses', 'worms' and 'time or logic bombs'.

(2)    However, in the event that a peril not otherwise excluded results from any of the matters described in paragraph (1) above, this Policy, subject to all its terms, conditions and exclusions, will cover physical damage and time element occurring during the Term of Insurance to property insured by this Policy directly caused by such peril.

b)    <u>Electronic Data Processing Media Valuation</u>

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:

Should electronic data processing media insured by this Policy suffer physical loss or damage insured by this Policy, then the basis of valuation shall be the cost to repair, replace or restore such media to the condition that existed immediately prior to such loss or damage, including the cost of reproducing any ELECTRONIC DATA contained thereon, providing such media is repaired, replaced or restored. Such cost of reproduction shall include all reasonable and necessary amounts, not to exceed the sublimit stated in the Declarations, incurred by the Insured in recreating, gathering and assembling such ELECTRONIC DATA. If the media is not repaired, replaced or restored the basis of valuation shall be the cost of the blank media. However this Policy does not insure any amount pertaining to the value of such ELECTRONIC DATA to the Insured or any other party, even if such ELECTRONIC DATA cannot be recreated, gathered or assembled.

## 43.    ELECTRONIC DATE RECOGNITION EXCLUSION (NMA 2802)

This Policy does not cover any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

a)    the calculation, comparison, differentiation, sequencing or processing of data involving the date change to the year 2000, or any other date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not; or

b)    any change, alteration, or modification involving the date change to the year 2000, or any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or



18/19 All Risk Property Damage including Time Element

General Conditions
Page 37 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

However, in the event that a peril not otherwise excluded results from any of the matters described above, this Policy, subject to all its terms, conditions and exclusions, will cover physical damage and time element occurring during the Term of Insurance to property insured by this Policy directly caused by such peril.

## 44.    LAW PRACTICE AND JURISDICTION

It is understood and agreed that this Insurance shall be governed by the law and practice of the state specified in the Declarations.

Any dispute, controversy or claim arising out of or relating to the Policy shall be submitted to and determined by the courts of the country specified in the Declarations, which shall have exclusive jurisdiction of all such matters.   Suit against the Insurers may be made in accordance with the provisions of SERVICE OF SUIT CLAUSE (U.S.A.) (NMA 1998) of these General Insuring Conditions.

In the event that any provision of this Policy is unenforceable under the law governing this Policy because of non-compliance with any statute or other legislation, then this Policy shall be deemed to be enforceable with the same effect as if it complied with such statute or legislation.

## 45.    INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE (CL 370)

This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.

In no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from:

a)    ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel;

b)    the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof;

c)    any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

d)    the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.  The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes; and/or

e)    any chemical, biological, bio-chemical, or electromagnetic weapon.



18/19 All Risk Property Damage including Time Element

General Conditions
Page 38 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

**46.**    **MOLD EXCLUSION**

This Policy does not apply to claims directly or indirectly occasioned by, happening through or in consequence of any fungus of any kind whatsoever, including but not limited to mildew, mold, spores or allergens unless such mildew, mold, spores or allergens result from a loss otherwise covered herein.

**47.**    **CONFORMITY CLAUSE**

It is hereby noted and agreed that wherever the words "Insured" and "Assured" appear herein, they shall be deemed to mean and read one and the same.



18/19 All Risk Property Damage including Time Element                                                General Conditions
Page 39 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx

# ENDORSEMENTS

1. **WAR AND TERRORISM EXCLUSION CLAUSE (NMA 2918, 08/10/01)**

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss;

1. war, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power; or

2. any act of terrorism.

    For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organisations) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to 1 and/or 2 above.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Insured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

2. **U.S. TERRORISM RISK INSURANCE ACT OF 2002 AS AMENDED – NOT PURCHASED CLAUSE (LMA 5092, 21/12/07)**

*This Clause is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as amended as summarized in the disclosure notice.*

It is hereby noted that the Underwriters have made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the Insured has declined or not confirmed to purchase this coverage.

This Insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

18/19 All Risk Property Damage including Time Element

Endorsements
Page 50 of 41

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx



All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

**3.     LOSS PAYEE / MORTGAGEE – MERRILL LYNCH COMMODITIES, INC.**

It is hereby understood and agreed that the following entity is named as Loss Payee / Mortgagee under this Policy, as their interests may appear, as required by written contract or agreement, subject to the terms and conditions of this Policy:

    Merrill Lynch Commodities, Inc., as SOA Collateral Agent
    20 E. Greenway Plaza
    Suite 700
    Houston, TX  77046

**4.     LOSS PAYEE / MORTGAGEE – ICBC STANDARD BANK PLC**

It is hereby understood and agreed that the following entity is named as Loss Payee / Mortgagee under this Policy, as their interests may appear, as required by written contract or agreement, subject to the terms and conditions of this Policy:

    ICBC Standard Bank PLC
    20 Gresham Street
    London, EC2V 7JE



18/19 All Risk Property Damage including Time Element

Endorsements
Page 41 of 41

Dated 12/14/2018

Y:\CLIENTS\ANR\Philadelphia Energy Solutions - Stamford\_2018\Policies\Property\Policies\Drafts\_Policy Form Property 18-19 PES 2018.10.24.docx