**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 19-11626 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, CORTLAND CAPITAL MARKET SERVICES, LLC | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding |
| v. | ) ) | Case No. 19-50282 (KG) |
| ICBC STANDARD BANK PLC, | ) ) ) ) | |
| Defendants. | ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the Complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons,[1] except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court 824 Market Street, 3rd Floor Wilmington, DE  19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorneys.  Name and Address of Plaintiffs' attorneys:

---

[1] Concurrently with the filing of the Complaint, the Debtors have filed the *Debtors Motion for Entry of a Scheduling Order in Connection with the Insurance Proceeds Adversary Proceeding* (the "Scheduling Motion"), seeking to establish an answer deadline and initial scheduling conference date, among other deadlines.

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>James E. O'Neill (DE Bar No. 4042)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini  (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br><br>Michael Slade (admitted *pro hac vice*)<br>Nader R. Boulos (admitted *pro hac vice*)<br>William T. Pruitt (admitted *pro hac vice*)<br>Whitney L. Becker (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 N. LaSalle<br>Chicago, Illinois 60654<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | Damian S. Schaible (admitted *pro hac vice*)<br>James I. McClammy (admitted *pro hac vice*)<br>David B. Toscano (admitted *pro hac vice*)<br>Aryeh Ethan Falk (admitted *pro hac vice*)<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br><br>Robert J. Dehney<br>Andrew R. Remming<br>Paige N. Topper<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street<br>Wilmington, DE 19899<br><br>*Counsel to the Term Loan Agent* |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: United States Bankruptcy Court<br>824 Market Street, 6th Floor<br>Wilmington, DE 19801 | Courtroom No. 3<br><br>Date and Time: To be determined per Scheduling Motion |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**United States Bankruptcy**
**Court for the District of Delaware**
Date:  August 7, 2019

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| Debtors. | ) | (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, CORTLAND CAPITAL MARKET SERVICES, LLC | ) | |
| Plaintiffs, | ) | Adversary Proceeding |
| v. | ) | Case No. 19-50282 (KG) |
| ICBC STANDARD BANK PLC, | ) | |
| Defendants. | ) | |

**NOTICE OF DISPUTE RESOLUTION ALTERNATIVES**

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| Dated:  August 7, 2019 | */s/ Una O'Boyle* <br> Clerk of the Court |
|---|---|