# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.*,[1]<br><br>                                 Debtors. | Chapter 11<br><br>Case No. 19-11626 (KG)<br><br>(Jointly Administered) |
| PES HOLDINGS, LLC, *et al*, CORTLAND CAPITAL MARKET SERVICES, LLC,<br><br>                                 Plaintiffs,<br>v.<br>ICBC STANDARD BANK PLC,<br><br>                                 Defendant. | Adv. Pro. No. 19-50282 (KG)<br><br>Re: D.I. 22 |

## STIPULATION AND AGREED ORDER AMONG DEBTORS, COMMITTEE, ICBC STANDARD BANK PLC AND CORTLAND CAPITAL MARKET SERVICES LLC IN CONNECTION WITH THE INSURANCE PROCEEDS ADVERSARY PROCEEDING

**WHEREAS,** on August 7, 2019, the above captioned debtors and debtors-in-possession (together, the "Debtor Plaintiffs") and Cortland Capital Market Services LLC ("the Term Loan Agent, collectively with the Debtors Plaintiffs, the "Plaintiffs"), by and through their undersigned counsel, filed their Adversary Complaint (Adv. Pro. No. 19-50282 (KG), referred to herein at the "Insurance Proceeds Litigation") against Defendant ICBC Standard Bank PLC ("ICBCS");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**WHEREAS,** on August 7, 2019, the Debtors' filed a motion for entry of a scheduling order (the "Motion") in connection with the Insurance Proceeds Litigation;

**WHEREAS,** on August 19, 2019, a Certification of Counsel regarding a revised Agreed Scheduling Order in connection with the Insurance Proceeds Litigation was filed;

**WHEREAS,** on August 21, 2019, the Court entered the Agreed Scheduling Order in connection with the Insurance Proceeds Litigation;

**WHEREAS,** on August 28, 2019, the Official Committee of Unsecured Creditors (the "Committee") submitted an application for an entry of an order authorizing retention of the law firm of Brown Rudnick LLP ("Brown Rudnick") as co-counsel to the Committee;

**WHEREAS,** counsel for the Debtor Plaintiffs, the Term Loan Agent, ICBCS, and the Committee have continued to meet and confer regarding the Agreed Schedule governing the Insurance Proceeds Litigation;

**WHEREAS,** counsel for the Committee has notified counsel for the Debtor Plaintiffs, the Term Loan Agent and ICBCS that it intended to seek to intervene in the Insurance Proceeds Litigation;

**WHEREAS,** the Debtor Plaintiffs, Term Loan Agent, and ICBCS desire to litigate and resolve the adversary proceeding in an efficient manner, and thus have advised the Committee's counsel that they will not object to the Committee's intervention or standing in the Insurance Proceeds Litigation as a third party plaintiff, in which the Committee intends to assert that any business interruption proceeds paid to the Debtors by their carriers are not encumbered by any liens (the "Third Party Complaint");

**WHEREAS,** this Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the parties having conferred and agreed; and after due deliberation and sufficient cause appearing therefor,

**NOW THEREFORE,** upon consent and agreement of the Parties by their attorneys, it is **HEREBY AGREED AND ORDERED THAT:**

1. By agreement of the parties and pursuant to 11 U.S.C. § 1109(b), the Committee is granted leave to intervene and standing and leave to file and prosecute the causes of action in the Third Party Complaint.

2. The Court's previously-entered schedule is stricken and, going forward, the following schedule shall govern the Insurance Proceeds Litigation:

- **Friday, September 13, 2019 at 4 p.m., prevailing Eastern Time,** shall be the date by which ICBCS's answer to the Adversary Complaint, and counterclaims, if any, and the Committee's Third Party Complaint, shall be filed.

- **Tuesday September 24, 2019 at 4 p.m., prevailing Eastern Time,** shall be the date on which the Plaintiffs' answer to ICBCS's counterclaims, if any, and all answers to the Committee's Third Party Complaint, shall be filed.

- **Friday, October 4, 2019, at 4:00 p.m., prevailing Eastern Time,** shall be the date by which the Plaintiffs, Committee and ICBCS may each file a Dispositive Motion.

- **Friday, November 1, 2019, at 4:00 p.m., prevailing Eastern Time,** shall be the date by which the Plaintiffs, Committee and ICBCS may file an opposition to the Dispositive Motions filed by ICBCS, the Committee and the Plaintiffs, respectively.

- **Friday, November 22, 2019, at 4:00 p.m., prevailing Eastern Time,** shall be the date by which the Plaintiffs, Committee and ICBCS may file a reply in support of their respective Dispositive Motions.

- **Tuesday, December 3, 2019, at 10:00 a.m., prevailing Eastern Time**, or as soon thereafter as the parties may be heard shall be the date on which the Court holds a hearing on the Dispositive Motions. *The actual date is to be determined.*

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*September 11, 2019*　　　　　　　　　　*Kevin Gross*
　　　　　　　　　　　　　　　　　　　　　U.S.B.J.