**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| PES HOLDINGS, LLC, *et al.*, CORTLAND CAPITAL MARKET SERVICES, LLC, | ) |
| | ) |
| Plaintiffs and Counterclaim Defendants, | ) Adv. Pro. No. 19-50282 (KG) |
| | ) |
| | ) **Ref. Docket Nos. 1, 24, 25** |
| v. | ) |
| | ) |
| ICBC STANDARD BANK PLC, | ) |
| | ) |
| Defendant, Counterclaim Plaintiff and Cross Claim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES, INC., | ) |
| | ) |
| Intervenor-Defendant and Counterclaim and Cross-Claim Plaintiff. | ) |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, COUNTERCLAIM PLAINTIFF, AND CROSSCLAIM DEFENDANT ICBC STANDARD BANK PLC**

Pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of

Bankruptcy Procedure 7056, Defendant, Counterclaim Plaintiff, and Crossclaim Defendant ICBC

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

Standard Bank Plc ("ICBCS"), by and through its undersigned counsel, respectfully moves this Court for entry of an order granting summary judgment in favor of ICBCS and against Plaintiffs PES Ultimate Holdings, LLC, Philadelphia Energy Solutions Refining and Marketing LLC ("PESRM") and the other affiliated debtors (collectively, the "Debtors") and Cortland Capital Market Services LLC (the "Agent" and, collectively with the Debtors, the "Plaintiffs" or "Counterclaim Defendants"), as agent for the Debtors' term loan lenders (the "Term Loan Lenders"), and Intervenor-Defendant and Counterclaim and Crossclaim Plaintiff, the Official Committee of Unsecured Creditors (the "Committee") with respect to the relief requested in (A) Counts I and II of the *Answer and Counterclaims* of ICBCS [D.I. 25] (the "Answer and Counterclaims"); (B) Count I of the *Complaint* filed by the Plaintiffs [D.I. 1] (the "Complaint"); and (C) Count I of the *Answer and Counterclaim and Cross-Claim* filed by the Committee [D.I. 24] (the "Crossclaims").

In support of this Motion for Summary Judgment, ICBCS has contemporaneously filed a Memorandum of Law ("Memorandum of Law") and the Declaration of Deborah Newman, which provides copies of agreements, policies and other relevant documents that are incorporated by reference into the Memorandum of Law and this Motion.

WHEREFORE, for the reasons set forth in the Memorandum of Law, ICBCS respectfully requests that the Court enter summary judgment in its favor on (A) Counts I and II of the Answer and Counterclaims; (B) Count I of the Complaint; and (C) Count I of the Crossclaims.

## **LOCAL RULE 7007-3 REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7007-3 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, ICBCS requests oral argument on the Motion for Summary Judgment.

Dated: October 4, 2019
     Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (#2553)
David F. Cook (#6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone: (302) 654-1888
Email:  WBowden@ashbygeddes.com
       DCook@ashbygeddes.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Richard I. Werder, Jr. (*pro hac vice*)
Jane Byrne (*pro hac vice*)
Deborah Newman (*pro hac vice*)
Eric Kay (*pro hac vice*)
Andrew Soler (*pro hac vice*)
Zachary Russell (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel to ICBC Standard Bank Plc*