# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PES HOLDINGS, LLC, *et. al.*, <br><br> Debtors,[1] <br><br> PES HOLDINGS, LLC, *et. al.*, and CORTLAND CAPITAL MARKET SERVICES, LLC, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES, INC., <br><br> Inventor-Defendant and Counterclaim and Cross-Claim Plaintiff <br><br> and <br><br> ICBC STANDARD BANK PLC, <br><br> Defendant and Cross-Claim Defendant. | Chapter 11 <br><br> Case No. 19-11626 (KG) <br><br> (Jointly Administered) <br><br><br><br><br><br><br><br><br><br><br> Adv. Pro. No. 19-50282 (KG) |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 14, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, <u>COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>[2]**

**<u>CONTINUED MATTER:</u>**

1. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605)

    <u>Response Deadline:</u>  December 6, 2019 at 5:00 p.m. ET and December 6, 2019 at 9:00 p.m. ET for the Official Committee of Unsecured Creditors.  Extended to December 30, 2019 (solely for the Committee and the Unions).  Extended to January 15, 2020 (solely for the Committee)

    <u>Responses Received:</u>

    a. Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 644)

    <u>Related Documents:</u>

    a. [Proposed] Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605, Exhibit A)

    b. Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 606)

        (i) [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 612)

    c. Notice of Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 614)

---

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    d.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 648)

    e.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/6/20] (Docket No. 718)

Status:  This matter is continued to January 22, 2020, at 9:30 a.m. ET.

**UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:**

2.    Debtors' Motion for Entry of an Order (I) Authorizing Assumption of the Existing Insurance Program, (II) Authorizing the Debtors to Enter Into the New Insurance Program, and (III) Granting Related Relief [Filed: 12/23/19] (Docket No. 699)

Response Deadline:  January 7, 2020 at 4:00 p.m. ET.

Responses Received:  None.

Related Documents:

    a.    [Proposed] Order (I) Authorizing Assumption of the Existing Insurance Program, (II) Authorizing the Debtors to Enter Into the New Insurance Program, and (III) Granting Related Relief [Filed: 12/23/19] (Docket No. 699, Exhibit A)

    b.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing Assumption of the Existing Insurance Program, (II) Authorizing the Debtors to Enter Into the New Insurance Program, and (III) Granting Related Relief [Filed: 1/8/20] (Docket No. 727)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**ORAL ARGUMENT:**

3.    Plaintiffs' Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) [Filed: 10/4/19] (Adv. Pro. No. 19-50282, Docket No. 37)

Related Documents:

    a.    Notice of Hearing Regarding Oral Argument with Respect to (I) ICBC Standard Bank PLC's Motion for Summary Judgment, (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment and (III) Plaintiff' Motion for Judgment on the Pleadings [Filed: 11/27/19] (Adv. Pro. No. 19-50282, Docket No. 56)

    b.    Joint Notice of Completion of Briefing with Respect to (I) Plaintiff' Motion for Judgment on the Pleadings, (II) ICBC Standard Bank PLC's Motion for Summary Judgment, and (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment [Filed: 12/6/19] (Adv. Pro. No. 19-50282, Docket No. 58) (attached hereto as Exhibit A)

    <u>Status:</u> Oral argument will go forward on this matter.

4.    Motion for Summary Judgment of Defendant, Counterclaim Plaintiff, and Crossclaim Defendant ICBC Standard Bank PLC [Filed: 10/4/19] (Adv. Pro. No. 19-50282, Docket No. 32)

    <u>Related Documents:</u>

    a.    Notice of Hearing Regarding Oral Argument with Respect to (I) ICBC Standard Bank PLC's Motion for Summary Judgment, (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment and (III) Plaintiff' Motion for Judgment on the Pleadings [Filed: 11/27/19] (Adv. Pro. No. 19-50282, Docket No. 56)

    b.    Joint Notice of Completion of Briefing with Respect to (I) Plaintiff' Motion for Judgment on the Pleadings, (II) ICBC Standard Bank PLC's Motion for Summary Judgment, and (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment [Filed: 12/6/19] (Adv. Pro. No. 19-50282, Docket No. 58) (attached hereto as Exhibit A)

    <u>Status:</u> Oral argument will go forward on this matter.

5.    Official Committee of Unsecured Creditors' Motion for Summary Judgment [Filed: 10/4/19] (Adv. Pro. No. 19-50282, Docket No. 33)

    <u>Related Documents:</u>

    a.    Notice of Hearing Regarding Oral Argument with Respect to (I) ICBC Standard Bank PLC's Motion for Summary Judgment, (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment and (III) Plaintiff' Motion for Judgment on the Pleadings [Filed: 11/27/19] (Adv. Pro. No. 19-50282, Docket No. 56)

    b.    Joint Notice of Completion of Briefing with Respect to (I) Plaintiff' Motion for Judgment on the Pleadings, (II) ICBC Standard Bank PLC's Motion for Summary Judgment, and (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment [Filed: 12/6/19] (Adv. Pro. No. 19-50282, Docket No. 58) (attached hereto as Exhibit A)

Status: Oral argument will go forward on this matter.

| | |
|---|---|
| Dated: January 10, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                     joneill@pszjlaw.com<br>                     pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           edward.sassower@kirkland.com<br>                     steven.serajeddini@kirkland.com<br>                     matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |