SIGN-IN-SHEET

**CASE NAME:** PES HOLDINGS, LLC

**COURTROOM LOCATION: 3**

**CASE NO.:** 19-11626 / ADV. 19-50282 (KG)

**DATE:** 1/14/2020

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tim McClamon David Toscano | Davis Polk & Wardwell LLC | Cortland mm / Cortland Services LLC as Agent |
| Deborah Newman | Quinn Emanuel | ICBCS |
| Andrew Soler | " " | " " |
| Zachary Russell | " " | " " |
| Brian Bacxton | Ashby & Geddes | " |
| Stacy Newman | " | " |
| Peter Keane | Pachulski Stang Ziehl & Jones | Debtors |
| Laura Davis Jones | " | " |
| Michael Slade | Kirkland & Ellis | " |
| Whitney Becker | " | " |
| Michael Moore | " | " |
| Steven Levine | Brown · Rudnick | |
| James Stoll | " | |
| Shari Dwoskin | " | |
| Matt Sublon | " | |
| Jonathan Stevenson | Ellis & Gearless | " |

**SIGN-IN-SHEET**

**CASE NAME:** PES HOLDINGS, LLC

**COURTROOM LOCATION: 3**

**CASE NO.:** 19-11626 / ADV. 19-50282 (KG)

**DATE:** 1/14/2020

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| BÁGDAN SCHWARCH | RLF | ICBC |
| DAVID YOHAI | WEIL | ICBC |
| JOHN MASTANDO | WEIL | ICBC |
| David Buchbinder | USTP / OOS | US |
| Paige Topper | Morris Nichols | Term loan Agent |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

| Calendar Date: | 01/14/2020 |
|---|---|
| Calendar Time: | 09:30 AM ET |

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

*Same Day  Jan 14 2020 6:17AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | PES Holdings, LLC | 19-11626 | Hearing | 10309423 | Kevin M. Eckhardt | (646) 862-6386 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10311380 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10309482 | Laila Kearney | (917) 809-0054 ext. | Reuters | Interested Party, Reuters / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10219137 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Individual, Interested Party Only / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10305894 | John Sosnowski | (212) 616-7765 ext. | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10309373 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Creditor, Ad Hoc Committee of Existing Term Loan Lenders / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10281722 | Allyson Weinhouse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, PES Holdings, LLC / LISTEN ONLY. |
| | | PES Holdings, LLC | 19-11626 (19-5028 2) | Hearing | 10296804 | Omar J. Alaniz | (214) 953-6593 ext. | Baker Botts LLP | Creditor, Trinity Industries Leasing Co. / LIVE |
| | | PES Holdings, LLC | 19-11626 (19-5028 2) | Hearing | 10311453 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - PRESS / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 (19-5028 2) | Hearing | 10305729 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, ICBC Standard Bank PLC / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 (19-5028 2) | Hearing | 10312522 | Rafael Zahralddin-Aravena | (302) 384-9409 ext. | Elliott Greenleaf, P.C. | Debtor, PES Holdings, LLC / LIVE |