IN THE UNITED STATES BANKARUPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PES HOLDINGS, LLC, *et al.*, | : | Case No. 19-11626 (KG) |
| | : | |
| Debtors | : | (Jointly Administered) |

| | | |
|---|---|---|
| PES HOLDINGS, LLC, *et al.*, and CORTLAND CAPITAL MARKET SERVICES, LLC, | : : : : | |
| Plaintiffs and Counterclaim Defendants | : : : | |
| v. | : : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES, INC., | : : : | Adv. Pro. No. 19-50282 (KG) |
| Inventor-Defendant and Counterclaim and Cross-Claim Plaintiff | : : : : | |
| and | : : | |
| ICBC STANDARD BANK PLC, | : : | |
| Defendant and Cross-Claim Defendant | : : : | RE: D.I.'s 32, 33, 37 |

ORDER

Plaintiffs (Debtors and Cortland Capital Market Services, LLC ["Cortland"]), ICBC Standard Bank plc ("ICBCS") and the Official Committee of Unsecured Creditors (the "Committee") all moved for summary judgment on issues related to Debtors' business interruption insurance ("BI") and property damages insurance ("PD"). The issues raised were: (1) whether Cortland and ICBCS have perfected, non-avoidable security interests in the BI and PD insurance, (2) whether Debtors' estates are entitled to step into the shoes of Cortland with respect to the turnover provision of the intercreditor agreement that requires ICBCS to pay over to Plaintiffs any insurance recoveries ICBCS receives, and (3) as between Cortland and ICBCS, which has priority with respect to the BI and PD insurances.

For the reasons contained in the accompanying Opinion, IT IS HEREBY ORDERED this 28th day of February, 2020, that:

1. Plaintiffs' motion is denied in part (ICBCS and not Plaintiffs has priority over the BI insurance) and granted in part (Plaintiffs have priority over the PD insurance except for certain assets and collateral described in the Opinion over which ICBCS has priority);

2. ICBCS's motion is granted in part (ICBCS does have priority over the BI insurance) and denied in part (Plaintiffs have priority over the PD insurance except for certain assets and collateral described in the Opinion over which ICBCS has priority); and

3. The Committee's motion is denied in all respects. Both Cortland and ICBCS have perfected, non-avoidable security interests in the BI and PD insurance.

_/s/ Kevin Gross_
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE