# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et. al.*,<br><br>      Debtors,[1] | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |
| PES HOLDINGS, LLC, *et. al.*, and CORTLAND CAPITAL MARKET SERVICES, LLC,<br><br>      Plaintiffs and Counterclaim Defendants,<br><br>  v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES, INC.,<br><br>      Intervenor-Defendant and Counterclaim and Cross-Claim Plaintiff<br><br>    And<br><br>ICBC STANDARD BANK PLC,<br><br>      Defendant and Cross-Claim Defendant. | Adv. Pro. No. 19-50282-LSS |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that PES Holdings, LLC, *et. al.* and Courtland Capital Market Services, LLC, as Plaintiffs in the above-caption adversary proceeding, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the Order of the United States Bankruptcy Court for the District of Delaware (Honorable Kevin Gross), entered February 28, 2020 [Adversary Docket No. 67] (the "<u>Order</u>"), granting in part Defendant ICBC Standard Bank PLC's Motion For Summary Judgment [Adversary Docket No. 32], and the Opinion related to the Order, entered February 28, 2020 [Adversary Docket No. 66] (the "<u>Opinion</u>").

A copy of the Order is attached hereto as **<u>Exhibit A</u>** and a copy of the Opinion is attached hereto as **<u>Exhibit B</u>**.

The parties to the Opinion and Order appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| **PLAINTIFF AND COUNTER-CLAIM DEFENDANT**<br><br>DEBTORS PES HOLDINGS, LLC, *et. al.,* | Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:        ljones@pszjlaw.com<br>                   pkeane@pszjlaw.com<br>                   joneill@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (*admitted pro hac vice*)<br>Matthew C. Fagen (*admitted pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:        edward.sassower@kirkland.com<br>                   steven.serajeddini@kirkland.com<br>                   matthew.fagen@kirkland.com<br><br>- and -<br><br>Michael B. Slade (*admitted pro hac vice*)<br>Nader R. Boulos (*admitted pro hac vice*)<br>William T. Pruitt (*admitted pro hac vice*)<br>Whitney L. Becker (*admitted pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:        michael.slade@kirkland.com<br>                   nader.boulos@kirkland.com<br>                   william.pruitt@kirkland.com<br>                   whitney.becker@kirkland.com |

| PARTY | ATTORNEYS |
|---|---|
| **PLAINTIFF AND COUNTER-CLAIM DEFENDANT**<br><br>CORTLAND CAPITAL MARKET SERVICES, LLC, | Damian S. Schaible<br>James I. McClammy<br>David B. Toscano<br>Aryeh Ethan Falk<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 450-4000<br>Facsimile:  (212) 701-5800<br>Email:      damian.schaible@davispolk.com<br>             james.mcclammy@davispolk.com<br>             david.toscano@davispolk.com<br>             aryeh.falk@davispolk.com<br><br>- and -<br><br>Robert J. Dehney<br>Andrew R. Remming<br>Paige N. Topper<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street<br>Wilmington, DE 19899<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:      rdehney@mnat.com<br>             aremming@mnat.com<br>             ptopper@mnat.com |

4

| PARTY | ATTORNEYS |
|---|---|
| **DEFENDANT AND CROSS-CLAIM DEFENDANT,**<br><br>ICBC STANDARD BANK PLC, | William P. Bowden (#2553)<br>David F. Cook (#6352)<br>**ASHBY & GEDDES, P.A.**<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Email: WBowden@ashbygeddes.com<br>DCook@ashbygeddes.com<br><br>- and -<br><br>Richard I. Werder, Jr.<br>Jane Byrne<br>Deborah Newman<br>Andrew Soler<br>Zachary Russell<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000 |

DOCS_DE:227852.1 70753/001

| PARTY | ATTORNEYS |
|---|---|
| **INTERVENOR-DEFENDANT AND COUNTERCLAIM AND CROSS-CLAIM PLAINTIFF,**<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES, INC., | Rafael X. Zahralddin-Aravena (No. 4166)<br>Jonathan Stemerman (No. 4510)<br>**ELLIOTT GREENLEAF, P.C.**<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Email: rxza@elliottgreenleaf.com<br>jms@elliottgreenleaf.com<br><br>- and-<br><br>Robert J. Stark (admitted *pro hac vice*)<br>Max D. Schlan ( admitted *pro hac vice*)<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Email: rstark@brownrudnick.com<br>mschlan@brownrudnick.com<br><br>- and-<br><br>James W. Stoll<br>Steven B. Levine<br>Sharon I. Dwoskin<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Email: jstoll@brownrudnick.com<br>slevine@brownrudnick.com<br>sdwoskin@brownrudnick.com |

[SIGNATURE ON NEXT PAGE]

Date: March 13, 2020

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      ljones@pszjlaw.com
            joneill@pszjlaw.com
            pkeane@pszjlaw.com


- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (*admitted pro hac vice*)
Matthew C. Fagen (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      edward.sassower@kirkland.com
            steven.serajeddini@kirkland.com
            matthew.fagen@kirkland.com


Michael B. Slade (*admitted pro hac vice*)
Nader R. Boulos (*admitted pro hac vice*)
William T. Pruitt (*admitted pro hac vice*)
Whitney L. Becker (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:      michael.slade@kirkland.com
            nader.boulos@kirkland.com
            william.pruitt@kirkland.com
            whitney.becker@kirkland.com


*Co-Counsel to the Debtors and Debtors in Possession*

DOCS_DE:227852.1 70753/001

*/s/ James I. McClammy*
Damian S. Schaible (admitted *pro hac vice*)
James I. McClammy (admitted *pro hac vice*)
David B. Toscano (admitted *pro hac vice*)
Aryeh Ethan Falk (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
Email:      damian.schaible@davispolk.com
            james.mcclammy@davispolk.com
            david.toscano@davispolk.com
            aryeh.falk@davispolk.com


-and-

Robert J. Dehney
Andrew R. Remming
Paige N. Topper
**MORRIS NICHOLS ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:      rdehney@mnat.com
            aremming@mnat.com
            ptopper@mnat.com


*Counsel to Courtland Capital Market Services, LLC*

8